B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**STAR DYNAMICS CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Aeroflex Powell, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**31-1424288** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4455 Reynolds Drive**<br>**Hilliard, OH**<br><br>ZIP Code **43026** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United<br>States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **STAR Dynamics Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)         (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**STAR Dynamics Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Thomas R. Allen**
Signature of Attorney for Debtor(s)

**Thomas R. Allen 0017513**
Printed Name of Attorney for Debtor(s)

**Allen Kuehnle Stovall & Neuman LLP**
Firm Name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
Address

**(614) 221-8500  Fax: (614) 221-5988**
Telephone Number

**December 10, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kevin Collis**
Signature of Authorized Individual

**Kevin Collis**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**December 10, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION OF THE BOARD OF DIRECTORS AND
## SHAREHOLDERS OF STAR DYNAMICS CORPORATION
## TAKEN BY WRITTEN CONSENT IN LIEU OF MEETING

### DECEMBER 10, 2013

*AUTHORIZATION OF FILING CHAPTER 11 BANKRUPTCY*

WHEREAS, STAR Dynamics Corporation, (the "Company"), an Ohio for-profit corporation, through its duly elected Board of Directors and the unanimous consent of its Shareholders, deems it advisable and in the best interests of the Company, its creditors, and all parties in interest to seek protection under Chapter 11 of Title 11 of the United States Code, and to employ competent professional assistance to guide the Company through its reorganization process.

RESOLVED, that the Company be, and hereby is, authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code for the Southern District of Ohio, Eastern Division (the "Bankruptcy Proceeding").

RESOLVED FURTHER, that Jerry Jost, the Chief Executive Officer and President of the Company, or Kevin Collis, the Chief Financial Officer, Treasurer and Secretary of the Company (collectively, the "Authorized Officers"), acting singularly or jointly, on behalf of the Company, be, and hereby are, authorized to execute and file on behalf of the Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that the Company be, and hereby is, authorized to retain the law firm of Allen Kuehnle Stovall & Neuman LLP as legal counsel to represent it in connection with the Bankruptcy Proceeding.

RESOLVED FURTHER, that each of the Authorized Officers of the Company, jointly, or any one or more of them individually, is hereby authorized and directed, after consultation with legal counsel for the Company, to take in the name and on behalf of Company, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation the execution and delivery of any additional agreements, certificates, waivers, consents, amendments or other agreements or instruments deemed appropriate by such Authorized Officer or Authorized Officers, the payment of all fees, including recording and filing fees, and the observance and performance of the Company's obligations and the enforcement of the Company's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by any Authorized Officer of the Company in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them

l

hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

RESOLVED FURTHER, that any prior resolutions of the Board of Directors and/or Shareholders to the contrary are hereby superseded and of no further force and effect.

IN WITNESS WHEREOF, this unanimous written consent of the Board of Directors and Shareholders of the Company is hereby executed and adopted as of the date first above written.

BOARD OF DIRECTORS:

_Thomas R. Becnel, Director_

Dr. R. Jerry Jost, Director

SHAREHOLDERS:

Dr. R. Jerry Jost

TAZ Ventures, LLC

By: _____
Thomas R. Becnel, Sole Manager

STAR Dynamics Holdings, LLC

By: _____
Thomas R. Becnel, Sole Manager

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Southern District of Ohio

In re    **STAR Dynamics Corporation**            Case No.                   

                                             Debtor(s)           Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Actions Et Services**<br>**47 Chemin De Loree De Ssy**<br>**91450 Soisy Sur Sein**<br>**FRANCE** | **Actions Et Services**<br>**47 Chemin De Loree De Ssy**<br>**91450 Soisy Sur Sein**<br>**France**<br>**33-016757089 (Int'l)** | **Business debt** | | **32,122.30** |
| **Allied Electronics, Inc.**<br>**7151 Jack Newell Blvd. S**<br>**Fort Worth, TX 76118** | **Allied Electronics, Inc.**<br>**7151 Jack Newell Blvd. S**<br>**Fort Worth, TX 76118**<br>**817-595-3500** | **Business debt** | | **26,115.29** |
| **Craters & Freighters Global Logistics**<br>**331 Corporate Cir, Suite J**<br>**Golden, CO 80401** | **Brad Barenburg**<br>**Craters & Freighters Global Logistics**<br>**331 Corporate Cir, Suite J**<br>**Golden, CO 80401**<br>**303-399-8190** | **Business debt** | | **38,805.85** |
| **DY 4 Inc.**<br>**Attn:  223184**<br>**500 Ross Street, 154-0455**<br>**Pittsburgh, PA 15262-0001** | **DY 4 Inc.**<br>**Attn:  223184**<br>**500 Ross Street, 154-0455**<br>**Pittsburgh, PA 15262-0001** | **Business debt** | | **31,790.00** |
| **Dynamic Sensor Systems**<br>**6160 Olentangy River Blvd.**<br>**Worthington, OH 43085** | **Dynamic Sensor Systems**<br>**6160 Olentangy River Blvd.**<br>**Worthington, OH 43085** | **Business debt** | | **26,000.00** |
| **Germane Systems**<br>**3680 Centerview Dr.**<br>**Chantilly, VA 20151** | **Germane Systems**<br>**3680 Centerview Dr.**<br>**Chantilly, VA 20151**<br>**703-480-1092** | **Business debt** | | **178,730.82** |
| **Gigacom, Inc.**<br>**103 Waynel Cir SE**<br>**Fort Walton Beach, FL 32548** | **Gigacom, Inc.**<br>**103 Waynel Cir SE**<br>**Fort Walton Beach, FL 32548**<br>**850-244-5777** | **Business debt** | | **86,595.44** |
| **Herley-CTI, Inc.**<br>**9 Whippany Road, Suite A-1**<br>**Whippany, NJ 07981** | **Herley-CTI, Inc.**<br>**9 Whippany Road, Suite A-1**<br>**Whippany, NJ 07981**<br>**973-884-2580** | **Business debt** | | **99,000.00** |
| **Hicks Partners LLC**<br>**21 E. State Street, Ste. 2200**<br>**Columbus, OH 43215** | **Hicks Partners LLC**<br>**21 E. State Street, Ste. 2200**<br>**Columbus, OH 43215**<br>**614-221-2800** | **Business debt** | | **30,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                              Case No. _____
_____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **K&L Microwave**<br>**2250 Northwood Drive**<br>**Salisbury, MD 21801** | **Ginny Studley**<br>**K&L Microwave**<br>**2250 Northwood Drive**<br>**Salisbury, MD 21801**<br>**410-749-2424** | **Business debt** | | **30,460.00** |
| **Parametric Technology Corp.**<br>**127 Technology Drive**<br>**Waltham, MA 02453** | **Parametric Technology Corp.**<br>**127 Technology Drive**<br>**Waltham, MA 02453**<br>**617-891-1069** | **Business debt** | | **24,630.00** |
| **Pegasi Systems International**<br>**1041 Biencourt Level Quebec**<br>**CANADA H7G 0A3** | **Stephanie Bouchen**<br>**Pegasi Systems International**<br>**1041 Biencourt**<br>**Lavel Quebec, Canada H7G 0A3**<br>**819-383-7188 (Int'l)** | **Business debt** | | **55,769.60** |
| **Renew Data**<br>**9500 Arboretum Blvd L2-120**<br>**Austin, TX 78759** | **Renew Data**<br>**9500 Arboretum Blvd L2-120**<br>**Austin, TX 78759**<br>**512-276-5500** | **Business debt** | | **40,714.48** |
| **RSFi**<br>**401 East Wilson Bridge Road**<br>**Columbus, OH 43085** | **Mary Nell**<br>**RSFi**<br>**401 East Wilson Bridge Road**<br>**Columbus, OH 43085**<br>**614-880-9110** | **Business debt** | | **27,456.10** |
| **Spacek**<br>**212 East Gutierrez St.**<br>**Santa Barbara, CA 93101** | **Spacek**<br>**212 East Gutierrez St.**<br>**Santa Barbara, CA 93101**<br>**805-564-4404** | **Business debt** | | **40,490.00** |
| **Steve S. Monas**<br>**200 Mimosa Dr.**<br>**Roslyn, NY 11576** | **Steve S. Monas**<br>**200 Mimosa Dr.**<br>**Roslyn, NY 11576**<br>**516-801-4404** | **Business debt** | | **35,913.00** |
| **Stillwater Technologies Inc.**<br>**1040 South Dorset Rd.**<br>**Troy, OH 45373** | **Wanda Lukens**<br>**Stillwater Technologies Inc.**<br>**1040 South Dorset Rd.**<br>**Troy, OH 45373**<br>**937-440-2500** | **Business debt** | | **55,025.00** |
| **Vorys Sater Seymour & Pease**<br>**Attn: Richard D. Schuster**<br>**52 East Gay Street**<br>**Columbus, OH 43215** | **Richard D. Shuster**<br>**Vorys Sater Seymour & Pease**<br>**52 East Gay Street**<br>**Columbus, OH 43215**<br>**614-464-5475** | **Business debt** | | **454,189.64** |
| **Wenzel Associates Inc.**<br>**2215 Kramer Lane**<br>**Austin, TX 78758** | **Wenzel Associates Inc.**<br>**2215 Kramer Lane**<br>**Austin, TX 78758**<br>**512-450-1400** | **Business debt** | | **135,220.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **STAR Dynamics Corporation**                  Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Womble Carlyle Sandridge & Rice LLP<br>Attn: Thomas W. Waldrep, Jr.<br>One West Fourth Street<br>Winston Salem, NC 27101 | Thomas W. Waldrep, Jr.<br>Womble Carlyle Sandridge & Rice LLP<br>One West Fourth Street<br>Winston Salem, NC 27101<br>336-747-6631 | Business debt | | 525,583.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 10, 2013**           Signature  **/s/ Kevin Collis**
                                            **Kevin Collis**
                                          **Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Southern District of Ohio

In re   **STAR Dynamics Corporation** _____ ,

                                    Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Jerry Jost**<br>**c/o 4455 Reynolds Drive**<br>**Hilliard, OH 43026** | | | **10% Shareholder** |
| **STAR Dynamics Holdings, LLC**<br>**15000 Emerald Coast Parkway**<br>**Destin, FL 32541** | | | **45% Shareholder** |
| **TAZ Ventures, LLC**<br>**15000 Emerald Coast Parkway**<br>**Destin, FL 32541** | | | **45% Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **December 10, 2013** _____

Signature_ **/s/ Kevin Collis** _____

                       **Kevin Collis**

                       **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** ____ continuation sheets attached to List of Equity Security Holders

30ACPA
PO Box 4675
Santa Rosa Beach, FL 32459

Access I/O Products, Inc.
10623 Roselle Street
San Diego, CA 91212

Acopian Technical
PO Box 638
Easton, PA 18044

Acromag, Inc.
8357 Reliable Parkway
Chicago, IL 60686-0083

Actions Et Services
47 Chemin De Loree De Ssy
91450 Soisy Sur Sein
FRANCE

Adnaco Technology Inc.
5050 Kingsway, 2nd Floor
Burnaby BC
CANADA V5H 4H2

Advanced Solutions
1901 Eastpoint Pkwy., Suite 301
Louisville, KY 40223

Advanced Technical Materials
49 Rider Ave.
Patchogue, NY 11772

AeroFlex Plainview, Inc.
25987 Network Place
Chicago, IL 60673

Aeroflex Weinschel Inc.
25435 Network Place
Chicago, IL 60673-1254

Aeroflex/KDI ACC
25418 Network Place
Chicago, IL 60673-1254

Aerotek, Inc.
3689 Collection Ctr. Dr.
Chicago, IL 60693

Aetna
PO Box 804735
Chicago, IL 60680-4108

AFCO
PO Box 360572
Pittsburgh, PA 15250-6572

Allied Electronics, Inc.
7151 Jack Newell Blvd. S
Fort Worth, TX 76118

Alro Steel Corp.
Dept. 771478
PO Box 77000
Detroit, MI 48277-1478

American Electric Power
Legal Dept.
1 Riverside Plaza
Columbus, OH 43215

Andrew Tucciarone
4455 Reynolds Dr.
Hilliard, OH 43026

Anixter Inc.
PO Box 847428
Dallas, TX 75284-7428

Antenna Research
12201 Indian Creek Ct.
Beltsville, MD 20705

Arrow Electronics
13469 Collections Ctr Dr
Chicago, IL 60693-0134

Assemblies Inc.
PO Box 7978
Warner Robins, GA 31095-7978

Astrex/Timco
3910 Royal Ave., Suite A
Simi Valley, CA 93063

Astrozap
PO Box 502
Lakewood, OH 44107

AT&T
208 S. Akard Street, Suite 2720
Dallas, TX 75202

AVI Foodsystems Inc.
2590 Elm Road NE
Warren, OH 44483

Avid Technologies
2112 Case Parkway South, Suite 1
Twinsburg, OH 44087

Avnet Electronics Marketing
Box 70390
Chicago, IL 60673-0390

BAE Systems Tech. Solutions & Svcs. Inc.
Redland Corporate Center, building 3
520 Gaither Road
Rockville, MD 20850-6198

Beco Management
5410 Edson Lane, Suite 200
Rockville, MD 20852

BEMA Electronics
4545 Cushing Parkway
Fremont, CA 94538

Brandywine Capital Associates
113 East Evans Street
West Chester, PA 19380

Bridgeway Search Group
AN MRI Network Affiliate
3 Summit Park Dr., Suite 725
Independence, OH 44131

Buckeye Power Sales Co., Inc.
6850 Commerce Court Dr.
Blacklick, OH 43004-0489

C T Corporation
PO Box 4349
Carol Stream, IL 60197-4349

C. W. Swift
15216 Burbank Blvd.
Van Nuys, CA 91411

Carrio Cablin
2455 Executive Circle
Colorado Springs, CO 80906

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

Celerity Networks
4140 Tuller Rd., Suite 108
Dublin, OH 43017

Cerdant, Inc.
PO Box 3204
Dublin, OH 43017

Certified Packing & Crating
5312 Pan American Fwy. NE
Albuquerque, NM 87047

Ciao Wireless, Inc.
4000 Via Pescador
Camarillo, CA 93012

City of Columbus
Dept of Public Utilities
910 Dublin Road
Columbus, OH 43215-9060

Clarion Safety Systems
190 Old Milford Rd.
Milford, PA 18337

Cohu Inc.
12367 Crosthwaite Cir.
Poway, CA 92064

Cole Professional Search
PO Box 275
Ivy, VA 22945

Columbia Gas of Ohio
200 Civic Center Drive
Columbus, OH 43215

Columbus Chamber
150 South Front St., Suite 200
Columbus, OH 43215

Columbus-Franklin County Finance Auth
350 E. First Avenue, Suite 120
Columbus, OH 43201

Compiled Designs, LLC
803 Caroway Blvd.
Gahanna, OH 43230

Component Distributors, Inc.
PO Box 13017
Denver, CO 80201-3017

Conduant Corporation
1501 South Sunset St., Suite C
Longmont, CO 80501

Confortrol
3135 E. 17th Ave.
Columbus, OH 43219

Connectors Plus
63 E. Broad St.
Hatfield, PA 19440

Craters & Freighters Global Logistics
331 Corporate Cir, Suite J
Golden, CO 80401

Credential Check
PO Box 4504
Troy, MI 48099-4504

CRG Industries
2750 Indian Ripple Rd.
Dayton, OH 45440

Decorative Coating Systems
1400 Ohlen Ave.
Columbus, OH 43211

Dell Financial Services
PO Box 6547
Carol Stream, IL 60197

Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 643561
Pittsburgh, PA 15264-3561

Digi-Key 1292390
Accounts Receivable
PO Box 250
Thief Rvr Falls, MN 56701-0250

DY 4 Inc.
Attn: 223184
500 Ross Street, 154-0455
Pittsburgh, PA 15262-0001

Dynamic Sensor Systems
6160 Olentangy River Blvd.
Worthington, OH 43085

Edgewater Technologies, Inc.
Attn: Nick Toomer
8343 Canary Palm Court
Sarasota, FL 34238-3361

Electro Rent
6018 Solutions Center
Chicago, IL 60677-6000

Electro-Optical Imaging, Inc.
4300 Fortune Place, Suite C
West Melbourne, FL 32904

Elma Electronics
44350 Grimmer Blvd.
Fremont, CA 94538

Englefield Oil Company
447 James Parkway
Heath, OH 43056

Fairview Microwave Inc.
1130 Junction Dr. SU 100
Allen, TX 75013

Fastenal Company
PO Box 1286
Winona, MN 55987-1286

FedEx
PO Box 371461
Hilliard Office
Pittsburgh, PA 15250-7461

Fiber Instrument Sales
161 Clear Road
Oriskany, NY 13424

Foxtronix
2240 E. Central Ave.
Miamisburg, OH 45342

G4S Secure Solutions
1418 Brice Road
Reynoldsburg, OH 43068

Galil Motion Control Inc.
370 Technology Way
Rocklin, CA 95765

Galloway Airport Authority
7535 W. Broad St.
Galloway, OH 43119

General Dynamics
77 A Street
Needham Heights, MA 02494

Germane Systems
3680 Centerview Dr.
Chantilly, VA 20151

Gigacom, Inc.
103 Waynel Cir SE
Fort Walton Beach, FL 32548

Hands Off, Inc.
PO Box 1764
Buckeye Lake, OH 43008

Herley-CTI, Inc.
9 Whippany Road, Suite A-1
Whippany, NJ 07981

Hicks Partners LLC
21 E. State Street, Ste. 2200
Columbus, OH 43215

Hittite Microwave Corp.
PO Box 846075
Boston, MA 02284-6075

Jewett Electric Company Inc.
3390 Copthorne Drive
Galena, OH 43021

Joe Ragan's
PO Box 125
Springfield, VA 22150

Jones Day
Attn: Matthew Kairis
325 John H. McConnell Blvd., Ste. 600
Columbus, OH 43215-2673

Jungo Connectivity Ltd.
1 Hamachshev St.
Netanya 42504
ISRAEL

K&L Microwave
2250 Northwood Drive
Salisbury, MD 21801

Key Equipment Finance
1000 S McCaslin Blvd
Superior, CO 80027

Kimco Distributing
7150 Hart St., Suite A-10
Mentor, OH 44060

Konica Minolta Bus. Solutions
Dept. CH 19188
Palatine, IL 60055-9188

L-Com
PO Box 55758
Boston, MA 02205-5758

Lausch Lawn Care
PO Box 1450
Dublin, OH 43017

Lawrence Unrein
601 Suzanne Street
Ridgecrest, CA 93555

LEAF
PO Box 644006
Cincinnati, OH 45264-4006

Life Ins. Co. of North America
PO Box 13701
Phildelphia, PA 19101-3701

Loeb Electric Co.
915 Williams Ave.
Columbus, OH 43212

Martin Carpet Cleaning Co.
795 South Wall St.
Columbus, OH 43206

Master Maintenance LLC
PO Box 1421
Dublin, OH 43017-6421

McMaster-Carr Supply
PO Box 7690
Chicago, IL 60680

McNaughton McKay
Dept. 14801
PO Box 67000
Detroit, MI 48267-0148

Meier Transmission
PO Box 98412
Chicago, IL 60693-8412

Miami Valley Mfg. &Assem.
1889 Radio Road
Dayton, OH 45431

Microlease
3486 Investment Blvd.
Hayward, CA 94545

Mid-Ohio Screen Print
4165 Kelnor Dr.
Grove City, OH 43123

Mills Metal Finishing
1977 McAllister Ave.
Columbus, OH 43205

Miteq, Inc.
100 Davids Drive
Happuage, NY 11788

Mobile Mini LLC
PO Box 7144
Pasedena, CA 91109-7144

Monarch Automation Inc.
8890 Eagles Ridge Court
West Chester, OH 45069

Motion Industries, Inc.
PO Box 98412
Chicago, IL 60693

Mouser
PO Box 99319
Fort Worth, TX 76199-0319

MSC Industrial Supply Co.
Dept. CH0075
Palatine, IL 60055-0075

Myers Machinery Movers Inc.
2210 Hardy Parkway St.
Grove City, OH 43123

National Instruments
PO Box 202262
Dallas, TX 75320-2262

NEC Financial Service, LLC
24189 Network Place
Chicago, IL 60673-1241

Netgain Technologies, Inc.
8080 Reading Road
Cincinnati, OH 45237

Newark
PO Box 94151
Palatine, IL 60094-4151

Norden Milimeter
5441 Merchant Cr., Suite C
Placerville, CA 95667

North Coast Technical Inc.
8251 Mayfield Rd, Suite 105
Chesterland, OH 44026

Office Depot
PO Box 633301
Cincinnati, OH 45263-3301

Officeteam
12400 Collections Ctr. Dr.
Chicago, IL 60693

Ohio Dept. of Development
Attn: Benjamin Lageman
77 South High St., 28th Floor
Columbus, OH 43215-6130

Oxford Global Resources
PO Box 3256
Boston, MA 02241-3256

Parametric Technology Corp.
127 Technology Drive
Waltham, MA 02453

Pegasi Systems International
1041 Biencourt Lavel Quebec
CANADA H7G 0A3

PEI Genesis
2180 Hornig Road
Phildelphia, PA 19116

Personal Concepts
PO Box 5750
Carol Stream, IL 60197-5760

Pinpoint Dynamics, LLC
5405 N. Industrial Pkwy.
San Bernadino, CA 92407

Princetel, Inc.
2560E. State St. Ext.
Hamilton, NJ 08619

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Quinstar Technology Corp.
24085 Garnier St.
Torrance, CA 92407

Renew Data
9500 Arboretum Blvd L2-120
Austin, TX 78759

Rent-A-John
PO Box 753
Columbus, OH 43216

Rotating Precision Mechanical
8750 Shirley Avenue
Northridge, CA 91324

Royal Bank America Leasing
550 Township Line Road, Suite 425
Blue Bell, PA 19422

RSFi
401 East Wilson Bridge Road
Columbus, OH 43085

Ryder Transportation Services
PO Box 96723
Chicago, IL 60693

S.W. Anderson
35756 Eagle Way
Chicago, IL 60678-1357

Samtec
3837 Reliable Parkway
Chicago, IL 60686-0038

Southeastern Machining
500 Lincoln Ave.
Lancaster, OH 43130

Spacek
212 East Gutierrez St.
Santa Barbara, CA 93101

Sparx Systems Pty. LTD.
PO Box 12 Creswick Victoria
AUSTRALIA

Staples Business Advantage
Dept. DET
PO Box 83689
Chicago, IL 60696-3689

Star Dynamics Investments LLC
15000 Emerald Cost Pkwy.
Destin, FL 32541

Steve S. Monas
200 Mimosa Dr.
Roslyn, NY 11576

Stillwater Technologies Inc.
1040 South Dorset Rd.
Troy, OH 45373

Symmetricom, Inc.
PO Box 39000, Dept. 34371
San Francisco, CA 94139

Systran Corporation
PO Box 223114
Pittsburgh, PA 15251-2114

TASC Client Services
PO Box 88278
Milwaukee, WI 53288-0001

Teledyne Storm Microwave
B/U of Teledyne Reynolds
15363 Collections Center
Chicago, IL 60693

The Mathworks, Inc.
PO Box 845428
Boston, MA 02209-5428

Thomas Becnel
15000 Emerald Coast Pkwy
Destin, FL 32541

Time Warner Cable
PO Box 0916
Carol Stream, IL 60132-0916

Timesavers Courier, Inc.
PO Box 850
Westerville, OH 43086-0850

TW Telecom Holdings, Inc.
PO Box 172567
Denver, Co 80217-2567

Vaisala Inc.
PO Box 8500-53423
Phildelphia, PA 19178-3423

Valley Nat'l. Sales
PO Box 347297
Pittsburgh, PA 15251-4297

Var Resources
PO Box 6434
Carol Stream, IL 60197-6434

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Vision Service Plan (OH)
PO Box 742109
Los Angeles, CA 90074-2109

Vorys Sater Seymour & Pease
Attn: Richard D. Schuster
52 East Gay Street
Columbus, OH 43215

Wachovia Bank/Brit-Hallma
PO Box 758807
Baltimore, MD 21275-8807

Wells Fargo Bank, NA
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

Wenzel Associates Inc.
2215 Kramer Lane
Austin, TX 78758

Western Equipment Finance
PO Box 640
Devils Lake, ND 58301

Western Reserve Valuation
274 Marconi Blvd., Suite 140
Columbus, OH 43215

Whitney National Bank
Commercial Loan OPS
PO Box 95480
New Orleans, LA 70195-5480

Whitney National Bank
Credit Card Center
PO Box 23070
Columbus, GA 31902-3070

Whitney National Bank
911 Lee Avenue
Lafayette, LA 70501

Wittenstein Aerospace Ltd.
Brown's Court, Long Ashton Business Park
Yanley Lane, Long Ashton, Bristol
UNITED KINGDOM BS419LB

Womble Carlyle Sandridge & Rice LLP
Attn: Thomas W. Waldrep, Jr.
One West Fourth Street
Winston Salem, NC 27101

XO Communications
14239 Collections Ctr. Dr.
Chicago, IL 60693

# United States Bankruptcy Court
## Southern District of Ohio

In re    **STAR Dynamics Corporation**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11**
_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **STAR Dynamics Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**STAR Dynamics Holdings, LLC**
**15000 Emerald Coast Parkway**
**Destin, FL 32541**

**TAZ Ventures, LLC**
**15000 Emerald Coast Parkway**
**Destin, FL 32541**

☐ None [*Check if applicable*]

**December 10, 2013**
_____
Date

**/s/ Thomas R. Allen**
_____
**Thomas R. Allen 0017513**
Signature of Attorney or Litigant
Counsel for   **STAR Dynamics Corporation**
**Allen Kuehnle Stovall & Neuman LLP**
**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
**(614) 221-8500 Fax:(614) 221-5988**