# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Case No. 13-59657** |
| | : | |
| **STAR Dynamics Corporation** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Judge Charles M. Caldwell** |

## GENERAL NOTES

On December 10, 2013 (the "Petition Date"), STAR Dynamics Corporation, Debtor and Debtor in Possession, (the "Debtor"), filed its voluntary petition in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division at Columbus, Ohio, (the "Court").

The Schedules of Assets and Liabilities, (the "Schedules"), and the Statement of Financial Affairs, (the "Statement"), of the Debtor had been prepared pursuant to section 521 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532, (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor with the assistance of its advisors and are unaudited. While the Debtor has made reasonable efforts to ensure that the Statement and Schedules are accurate and complete based on information that was available to the Debtor at the time of preparation, subsequent information or discovery may result in material changes to the Statement and Schedules, and inadvertent information that is subject to further review and potential adjustment. Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights or admission with respect to this chapter 11 case including, but not limited to, any issues involving equitable subordination and/or causes of action arising under Bankruptcy Code Chapter 5 and/or any other applicable non-bankruptcy laws or rules.

**Amendment.** The Debtor reserves all rights to amend, supplement, or otherwise modify the Statement and/or the Schedules as is necessary or appropriate.

**Basis of Presentation.** Given the uncertainty surrounding the collection, valuation and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Causes of Action.** The Debtor, despite best reasonable efforts, may not have identified and/or set forth all of its causes of action, (actual or potential), against third parties as assets in the Schedules and the Statement. The Debtor reserves the right to assert any causes of action it may have. Nothing in these General Notes, the Statement or the

Schedules shall be deemed a waiver of any such rights, claims, causes of action or remedies.

**Claims Description.**   Any failure to designate a claim on the Schedules or in the Statement as "disputed," "contingent," or "unliquidated," does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."   The Debtor reserves the right to dispute any claim reflected on the Schedules or the Statement on any grounds, including, but not limited to, amount, liability or classification, or otherwise modify the Statement and/or Schedules accordingly.

**Dates.**   Unless otherwise indicated, all information is as of the Petition Date.   The claims listed in the Schedules arose or were incurred on various dates.   The Debtor does not list a specific date of occurrence for each and every claim.

**Excluded Assets and Liabilities.**   The Debtor may have, unintentionally, excluded certain immaterial assets and liabilities.

**Insiders.**   Except as may be otherwise indicated in the Statement or Schedules, the Debtor has included all payments made during the one-year period preceding the Petition Date to any person deemed an "insider," as that term is defined in Bankruptcy Code Section 101(31).   Persons listed as "insiders" have been included for information purposes only.   The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such person, or (d) whether such person could successfully argue that he or it is not an "insider" under applicable law.   The Debtor has also made certain payments to affiliates of insiders, and those payments are reflected in the Debtor's books and records.

**Schedule D – Creditors Holding Secured Claims.**   Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Court, the Debtor reserves the right to dispute or challenge the nature, extent, validity, or priority of any lien, claim or encumbrance set forth for any creditor listed on Schedule D or otherwise.   The descriptions provided in Schedule D are intended only to be a summary.   Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, validity and priority of any liens.   Nothing in the General Notes, the Schedules or the Statement shall be deemed a modification or interpretation of the terms of such agreements or related documents.   The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims.**   The claims listed in Schedule F arose or were incurred on various dates.   In certain instances, the date on which a claim arose is an open issue of fact.   While best efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each claim listed on Schedule F.

Certain creditors may owe amounts to the Debtor and may have valid setoff or recoupment rights with respect to such amounts.  The Debtor has not reviewed the validity of any such setoff or recoupment rights and hereby reserves all rights to challenge such setoff or recoupment rights.

Schedule F contains information regarding pending litigation involving the Debtor.  The amounts for those potential claims are listed as undetermined and, therefore, marked as contingent, unliquidated and disputed in the Schedules.

**Schedule G – Executory Contracts and Unexpired Leases.**  The business of the Debtor is complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.  Such documents may not be set forth in Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code or other applicable law with respect to any such omitted contracts, agreements or leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

**Totals.**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE SCHEDULES OR STATEMENTS, THE DEBTOR RESERVES THE RIGHT TO AMEND, SUPPLEMENT, OR OTHERWISE MODIFY THE SCHEDULES AND/OR STATEMENT AND TO DISPUTE THE NATURE, EXTENT, VALIDITY, OR PRIORITY OF ANY LIEN, CLAIM OR ENCUMBRANCE SET FORTH IN THE SCHEDULES AND/OR STATEMENT.**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **STAR Dynamics Corporation** _____ ,    Case No. ___**2:13-bk-59657**___

                                                                   Debtor

                                                                          Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 12,138,334.31 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 15,777,300.39 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 34,963,043.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 12,138,334.31 | | |
| Total Liabilities | | | | 50,740,343.75 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **STAR Dynamics Corporation** _____ ,   Case No. ___**2:13-bk-59657**___
                                  Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **STAR Dynamics Corporation**                                    ,    Case No.    **2:13-bk-59657**
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **STAR Dynamics Corporation**                                          ,          Case No.  __2:13-bk-59657__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash** | - | 287.76 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Whitney Bank- Vendor Account (#0807)** | - | 638,793.52 |
| | | **Whitney Bank- Payroll Account (#0815)** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility deposit with AEP** | - | 1,653.00 |
| | | **Deposit with landlord (Herndon, VA)** | - | 9,262.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See attached Schedule B-9  (no cash or surrender value)** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 649,996.28 |
|---|---|---|
|  | (Total of this page) |  |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,      Case No.    **2:13-bk-59657**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **STAR Dynamics DISC, Inc. (Wholly owned subsidiary of debtor)** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | **301,670.38** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible job creation tax credit from state and local taxing authorities for 2013** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **301,670.38**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                    ,        Case No.    **2:13-bk-59657**
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Miscellaneous proprietary techniques, technology and developing products including, but not limited to, CSTAR precision radar systems and VSTAR survelliance radar systems.** | - | **Unknown** |
| | | **XSTAR Precision Multi-Tracking Radar instrumentations and software** | - | **Unknown** |
| | | **BlueMax RCS/Imaging radar instrumentations and software** | - | **Unknown** |
| | | **SARBAR Handheld Imaging radar instrumentations and software** | - | **Unknown** |
| | | **Knowbell RCS Signal Processing software** | - | **Unknown** |
| | | **BlueSource II instrumentation and software** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Subcontract with General Dynamics** **Prime contract with Government of Israel MIRTS** **Prime contract with Sweden FMV** **Subcontract with Wyle Labs** **Subcontract with BAE UK** **Subcontract with BerrieHill Research** **Prime contract with French Government** **Prime contract with Republic of Korea ADD** **Prime contract with Lockheed Martin** **Various purchase orders with United States Army (USAF)** **Support contract with Pratt & Whitney** **Subcontract with URS** **Software and Support contract with RCS** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trailer (20ft)** | - | **1,500.00** |
| | | **Trailer (390 gallon private use)** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **3,000.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **STAR Dynamics Corporation** ,                          Case No.   **2:13-bk-59657**

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Leasehold Improvements (value is book value)** | - | **257,544.00** |
| | | **Furniture (value is book value)** | - | **196,686.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment (value is book value)** | - | **2,987,705.00** |
| | | **Computer equipment (value is book value)** | - | **1,652,321.00** |
| 30. Inventory. | | **Stock inventory (value is book value)** | - | **1,269,992.74** |
| | | **Work-in-progress inventory (value is book value)** | - | **4,819,418.91** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **11,183,667.65** |
| (Total of this page) | |
| Total > | **12,138,334.31** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Schedule B-9

# Star Dynamics, Inc.

## 2013-14 Policy Summary

| Line of Coverage | Carrier | Policy Number | Effective Dates | Limits |
|---|---|---|---|---|
| Property | Chubb | | 05/15/2013 to 05/15/2014 | $25,859,800 |
| Flood – 4455 Reynolds | First American | | 06/01/2013 to 06/01/2014 | $500,000-Bldg<br>$500,000 Contents |
| General Liability | Chubb | | 05/15/2013 to 05/15/2014 | $1,000,000/Occurrence<br>$2,000,000/Aggregate |
| Errors & Omissions and Cyber Liability | Chubb | | 05/15/2013 to 05/15/2014 | $1,000,000 |
| Auto | Chubb | | 05/15/2013 to 05/15/2014 | $1,000,000 CSL |
| Foreign Package | Chubb | | 05/15/2013 to 05/15/2014 | $1,000,000/Occurrence<br>$2,000,000/Aggregate<br>$1,000,000 Auto Liability |
| Workers Compensation | Chubb | | 05/15/2013 to 05/15/2014 | $1M/$1M/$1M |
| Umbrella | Chubb | | 05/15/2013 to 05/15/2014 | $5,000,000 |
| Ocean Cargo | XL | | 05/15/2013 to 05/15/2014 | $10,000,000 |
| Directors & Officers-Primary | Chubb | | 07/14/2013 to 07/14/2014 | $2,500,000 |
| Directors & Officer-Excess | Hiscox | | 07/14/2013 to 07/14/2014 | $2,500,000 |
| Employment Practices Liability | Chubb | | 07/14/2013 to 07/14/2014 | $5,000,000 |
| Fiduciary Liability | Chubb | | 07/14/2013 to 07/14/2014 | $1,000,000 |
| Crime | Chubb | | 07/14/2013 to 07/14/2014 | $1,000,000 |
| Kidnap & Ransom | Chubb | | 07/14/2013 to 07/14/2014 | $5,000,000 |
| Workplace Violence | Chubb | | 07/14/2013 to 07/14/2014 | $1,000,000 |

B6D (Official Form 6D) (12/07)

In re    **STAR Dynamics Corporation**                                                    Case No. __2:13-bk-59657__
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **Brandywine Capital Associates** 113 East Evans Street West Chester, PA 19380 | - | | | **Equipment finance agreement computers/hardware** | X | | | | |
| | | | | Value $          **Unknown** | | | | **71,712.00** | **Unknown** |
| Account No. **Columbus-Franklin County Finance Auth** 350 E. First Avenue, Suite 120 Columbus, OH 43201 | - | | | **Sale-leasebacl of radar installation** | | | | | |
| | | | | Value $          **Unknown** | | | | **2,713,308.09** | **0.00** |
| Account No. **Ohio Dept. of Development** Attn: Benjamin Lageman 77 South High St., 28th Floor Columbus, OH 43215-6130 | | | | **Representing:** **Columbus-Franklin County Finance Auth** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **Dell Financial Services** PO Box 6547 Carol Stream, IL 60197 | - | | | **Lease of computers/hardware** | | | | | |
| | | | | Value $          **Unknown** | | | | **83,706.00** | **Unknown** |

___3___ continuation sheets attached

Subtotal
(Total of this page)    **2,868,726.09**        **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  __STAR Dynamics Corporation_____,     Case No. __2:13-bk-59657_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |||| DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | Finance lease agreement; PNA vector network analyzer, digital power meter, power sensor, multiple HPA test equipment/parts and multiple testing equitment/parts | | | | | |
| **Electro Rent** **6018 Solutions Center** **Chicago, IL 60677-6000** | - | | | | | | | | | | |
| | | | | | | Value $           **Unknown** | | | | **200,828.00** | **0.00** |
| Account No. | | | | | | **Representing:** **Electro Rent** | | | | | |
| **Jeffrey Kurtzman** **Klehr Harrison Harvey Branzburg LLP** **1835 Market Street, Suite 1400** **Philadelphia, PA 19103** | | | | | | | | | | **Notice Only** | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | Installment finance agreement; computers/hardware | | | | | |
| **Key Equipment Finance** **1000 S McCaslin Blvd** **Superior, CO 80027** | - | | | | | | | | | | |
| | | | | | | Value $           **Unknown** | | | | **107,752.00** | **Unknown** |
| Account No. | | | | | | Lease agreement; plotter machine | | | | | |
| **Konica Minolta Bus. Solutions** **Dept. CH 19188** **Palatine, IL 60055-9188** | - | | | | | | | | | | |
| | | | | | | Value $           **Unknown** | | | | **4,198.00** | **Unknown** |
| Account No. | | | | | | Lease of printers | | | | | |
| **LEAF** **PO Box 644006** **Cincinnati, OH 45264-4006** | - | | | | | | | | | | |
| | | | | | | Value $           **Unknown** | | | | **62,058.00** | **Unknown** |

Sheet __1___ of __3___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | **374,836.00** | **0.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,   Case No.   **2:13-bk-59657**
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Lease of telephone system | | | | | |
| NEC Financial Service, LLC 24189 Network Place Chicago, IL 60673-1241 | - | | | | | | | |
| | | | Value $           **Unknown** | | | | 3,365.00 | **Unknown** |
| Account No. | | | Equipment finance agreement; computers/hardware | | | | | |
| Royal Bank America Leasing 550 Township Line Road, Suite 425 Blue Bell, PA 19422 | - | | | | | | | |
| | | | Value $           **Unknown** | | | | 56,339.83 | **Unknown** |
| Account No. | | | Blanket lien on assets; Promissory Note dated December 5, 2013 | | | | | |
| Thomas Becnel 15000 Emerald Coast Pkwy Destin, FL 32541 | - | | | | | | | |
| | | | Value $           **Unknown** | | | | 200,000.00 | 0.00 |
| Account No. | | | Equipment lease; computers/hardware | | | | | |
| Var Resources PO Box 6434 Carol Stream, IL 60197-6434 | - | | | | | | | |
| | | | Value $           **Unknown** | | | | 42,137.40 | **Unknown** |
| Account No. | | | Business debt | | | | | |
| Western Equipment Finance PO Box 640 Devils Lake, ND 58301 | - | | | | | X | | |
| | | | Value $           **Unknown** | | | | 111,783.00 | **Unknown** |
| Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 413,625.23 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                        ,     Case No.    **2:13-bk-59657**
                                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Christopher J. Niekamp Bernlohr Niekamp & Weisensell LLP 23 S. Main Street Akron, OH 44308-1822 | | | | Representing: Western Equipment Finance | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | Blanket lien on assets | | | | | |
| Whitney National Bank 911 Lee Avenue Lafayette, LA 70501 | X | - | | | | | | | |
| | | | | Value $            Unknown | | | | 12,120,113.07 | 0.00 |
| Account No. | | | | | | | | | |
| Joseph P. Herbert Liskow & Lewis 822 Harding Street Lafayette, LA 70503 | | | | Representing: Whitney National Bank | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **3**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 12,120,113.07 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 15,777,300.39 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **STAR Dynamics Corporation**                                    Case No.    **2:13-bk-59657**
                                                                      ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **STAR Dynamics Corporation**                                    ,   Case No.   __2:13-bk-59657__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**30ACPA**<br>**PO Box 4675**<br>**Santa Rosa Beach, FL 32459** | | - | | | **Business debt** | | | | 2,744.00 |
| Account No.<br><br>**Access I/O Products, Inc.**<br>**10623 Roselle Street**<br>**San Diego, CA 91212** | | | | | **Business debt** | | | | 339.00 |
| Account No.<br><br>**Acopian Technical**<br>**PO Box 638**<br>**Easton, PA 18044** | | - | | | **Business debt** | | | | 2,628.56 |
| Account No.<br><br>**Acromag, Inc.**<br>**8357 Reliable Parkway**<br>**Chicago, IL 60686-0083** | | - | | | **Business debt** | | | | 2,940.00 |
| __35__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 8,651.56 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,          Case No.    **2:13-bk-59657**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Actions Et Services<br>47 Chemin De Loree De Ssy<br>91450 Soisy Sur Sein<br>FRANCE** | - | | Business debt | | | | 32,122.30 |
| Account No.<br><br>**Adnaco Technology Inc.<br>5050 Kingsway, 2nd Floor<br>Burnaby BC<br>CANADA V5H 4H2** | - | | Business debt | | | | 1,548.00 |
| Account No.<br><br>**Advanced Solutions<br>1901 Eastpoint Pkwy., Suite 301<br>Louisville, KY 40223** | - | | Business debt | | | | 9,569.71 |
| Account No.<br><br>**Advanced Technical Materials<br>49 Rider Ave.<br>Patchogue, NY 11772** | - | | Business debt | | | | 2,600.00 |
| Account No.<br><br>**AeroFlex Plainview, Inc.<br>25987 Network Place<br>Chicago, IL 60673** | - | | Business debt | | | | 1,600.00 |

Sheet no. __1___ of __35___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **47,440.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                    ,    Case No.    **2:13-bk-59657**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Aeroflex Weinschel Inc. 25435 Network Place Chicago, IL 60673-1254 | - | | | | | | | |
| | | | | | | | | 15,616.00 |
| Account No. | | | | Business debt | | | | |
| Aeroflex/KDI ACC 25418 Network Place Chicago, IL 60673-1254 | - | | | | | | | |
| | | | | | | | | 442.00 |
| Account No. | | | | Business debt | | | | |
| Aerotek, Inc. 3689 Collection Ctr. Dr. Chicago, IL 60693 | - | | | | | | | |
| | | | | | | | | 23,368.58 |
| Account No. | | | | Business debt | | | | |
| Aetna PO Box 804735 Chicago, IL 60680-4108 | - | | | | | | | |
| | | | | | | | | 8,710.60 |
| Account No. | | | | Business debt | | | | |
| AFCO PO Box 360572 Pittsburgh, PA 15250-6572 | - | | | | | | | |
| | | | | | | | | 14,869.56 |

Sheet no. __2__ of __35__ sheets attached to Schedule of    Subtotal    63,006.74
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation__ , Case No. __2:13-bk-59657__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Alexander Enterprises 834 Busch Ct. Columbus, OH 43229 | - | | | | | | 60.39 |
| Account No. | | | Business debt | | | | |
| Allied Electronics, Inc. 7151 Jack Newell Blvd. S Fort Worth, TX 76118 | - | | | | | | 26,497.83 |
| Account No. | | | Business debt | | | | |
| Alro Steel Corp. Dept. 771478 PO Box 77000 Detroit, MI 48277-1478 | - | | | | | | 1,112.33 |
| Account No. | | | Notice purposes only | | | | |
| American Electric Power Legal Dept. 1 Riverside Plaza Columbus, OH 43215 | - | | | | | | 0.00 |
| Account No. | | | Business debt | | | | |
| Anixter Inc. PO Box 847428 Dallas, TX 75284-7428 | - | | | | | | 4,112.74 |

Sheet no. __3__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 31,783.29

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,   Case No.   **2:13-bk-59657**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Antenna Research** **12201 Indian Creek Ct.** **Beltsville, MD 20705** | - | | | | | | 19,500.00 |
| Account No. | | | Business debt | | | | |
| **Arrow Electronics** **13469 Collections Ctr Dr** **Chicago, IL 60693-0134** | - | | | | | | 457.14 |
| Account No. | | | Business debt | | | | |
| **Assemblies Inc.** **PO Box 7978** **Warner Robins, GA 31095-7978** | - | | | | | | 6,941.30 |
| Account No. | | | Business debt | | | | |
| **Astrex/Timco** **3910 Royal Ave., Suite A** **Simi Valley, CA 93063** | - | | | | | | 312.64 |
| Account No. | | | Business debt | | | | |
| **Astrozap** **PO Box 502** **Lakewood, OH 44107** | - | | | | | | 71.90 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **27,282.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                    ,    Case No.    **2:13-bk-59657**

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| AT&T 208 S. Akard Street, Suite 2720 Dallas, TX 75202 | - | | | | | | | 169.93 |
| Account No. | | | | Business debt | | | | |
| AVI Foodsystems Inc. 2590 Elm Road NE Warren, OH 44483 | - | | | | | | | 1,114.43 |
| Account No. | | | | Business debt | | | | |
| Avid Technologies 2112 Case Parkway South, Suite 1 Twinsburg, OH 44087 | - | | | | | | | 19,632.00 |
| Account No. | | | | Business debt | | | | |
| Avnet Electronics Marketing Box 70390 Chicago, IL 60673-0390 | - | | | | | | | 20,146.60 |
| Account No. | | | | Disputed claims arising from alleged misappropriation of trade secrets | | | | |
| BAE Systems Tech. Solutions & Svcs. Inc. Redland Corporate Center, building 3 520 Gaither Road Rockville, MD 20850-6198 | - | | | | X | X | X | Unknown |

Sheet no. __5__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 41,062.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation__ , Case No. __2:13-bk-59657__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joseph C. Pickens** <br> **Taft Stettinius & Hollister** <br> **65 E State Street, Suite 1000** <br> **Columbus, OH 43215** | | | **Representing:** <br> **BAE Systems Tech. Solutions & Svcs. Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Timothy J. Hurley** <br> **Taft Stettinius & Hollister LLP** <br> **425 Walnut Street, Suite 1800** <br> **Cincinnati, OH 45202** | | | **Representing:** <br> **BAE Systems Tech. Solutions & Svcs. Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Beco Management** <br> **5410 Edson Lane, Suite 200** <br> **Rockville, MD 20852** | - | | **Business debt** | | | | **893.32** |
| Account No. <br><br> **BEMA Electronics** <br> **4545 Cushing Parkway** <br> **Fremont, CA 94538** | - | | **Business debt** | | | | **14,072.52** |
| Account No. <br><br> **Bridgeway Search Group** <br> **AN MRI Network Affiliate** <br> **3 Summit Park Dr., Suite 725** <br> **Independence, OH 44131** | - | | **Business debt** | | | | **6,020.70** |

Sheet no. __6__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,986.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                              ,        Case No.    **2:13-bk-59657**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Buckeye Power Sales Co., Inc. 6850 Commerce Court Dr. Blacklick, OH 43004-0489 | - | | | | | | | 1,494.97 |
| Account No. | | | | Business debt | | | | |
| C T Corporation PO Box 4349 Carol Stream, IL 60197-4349 | - | | | | | | | 307.26 |
| Account No. | | | | Business debt | | | | |
| C. W. Swift 15216 Burbank Blvd. Van Nuys, CA 91411 | - | | | | | | | 685.30 |
| Account No. | | | | Business debt | | | | |
| Carrio Cablin 2455 Executive Circle Colorado Springs, CO 80906 | - | | | | | | | 100.00 |
| Account No. | | | | Business debt | | | | |
| CDW Direct, LLC PO Box 75723 Chicago, IL 60675-5723 | - | | | | | | | 2,461.68 |

Sheet no. __7__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,049.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,   Case No.   **2:13-bk-59657**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Celerity Networks** **4140 Tuller Rd., Suite 108** **Dublin, OH 43017** | - | | | | | | 454.70 |
| Account No. | | | Business debt | | | | |
| **Cerdant, Inc.** **PO Box 3204** **Dublin, OH 43017** | - | | | | | | 1,203.75 |
| Account No. | | | Business debt | | | | |
| **Certified Packing & Crating** **5312 Pan American Fwy. NE** **Albuquerque, NM 87047** | - | | | | | | 1,159.20 |
| Account No. | | | Business debt | | | | |
| **Ciao Wireless, Inc.** **4000 Via Pescador** **Camarillo, CA 93012** | - | | | | | | 2,950.00 |
| Account No. | | | Business debt | | | | |
| **Citizens Banking Co.** **P.O. Box 5016** **Sandusky, OH 44871** | - | | | | | | 108.30 |

Sheet no. __8___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,875.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                    ,     Case No.   **2:13-bk-59657**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | |
| **City of Columbus** **Dept of Public Utilities** **910 Dublin Road** **Columbus, OH 43215-9060** | - | | | | | | 0.00 |
| Account No. | | | Business debt | | | | |
| **Clarion Safety Systems** **190 Old Milford Rd.** **Milford, PA 18337** | - | | | | | | 234.00 |
| Account No. | | | Business debt | | | | |
| **Cohu Inc.** **12367 Crosthwaite Cir.** **Poway, CA 92064** | - | | | | | | 11,747.00 |
| Account No. | | | Business debt | | | | |
| **Cole Professional Search** **PO Box 275** **Ivy, VA 22945** | - | | | | | | 3,000.00 |
| Account No. | | | Utility | | | | |
| **Columbia Gas of Ohio** **200 Civic Center Drive** **Columbus, OH 43215** | - | | | | | | 549.41 |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **15,530.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                        ,    Case No.    **2:13-bk-59657**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Columbus Chamber 150 South Front St., Suite 200 Columbus, OH 43215 | - | | | | | | 1,350.00 |
| Account No. | | | Business debt | | | | |
| Compiled Designs, LLC 803 Caroway Blvd. Gahanna, OH 43230 | - | | | | | | 22,005.00 |
| Account No. | | | Business debt | | | | |
| Component Distributors, Inc. PO Box 13017 Denver, CO 80201-3017 | - | | | | | | 1,117.44 |
| Account No. | | | Business debt | | | | |
| Conduant Corporation 1501 South Sunset St., Suite C Longmont, CO 80501 | - | | | | | | 17,298.76 |
| Account No. | | | Business debt | | | | |
| Confortrol 3135 E. 17th Ave. Columbus, OH 43219 | - | | | | | | 2,386.69 |

Sheet no. __10__ of __35__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)          44,157.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation** _____,    Case No.    **2:13-bk-59657**    _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Connectors Plus<br>63 E. Broad St.<br>Hatfield, PA 19440 | - | | | | | | 1,066.95 |
| Account No. | | | Business debt | | | | |
| Craters & Freighters Global Logistics<br>331 Corporate Cir, Suite J<br>Golden, CO 80401 | - | | | | | | 38,805.85 |
| Account No. | | | Business debt | | | | |
| Credential Check<br>PO Box 4504<br>Troy, MI 48099-4504 | - | | | | | | 489.95 |
| Account No. | | | Business debt | | | | |
| CRG Industries<br>2750 Indian Ripple Rd.<br>Dayton, OH 45440 | - | | | | | | 400.00 |
| Account No. | | | Business debt | | | | |
| Decorative Coating Systems<br>1400 Ohlen Ave.<br>Columbus, OH 43211 | - | | | | | | 1,151.00 |

Sheet no. __11__ of __35__ sheets attached to Schedule of                    Subtotal                | 41,913.75 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                    ,      Case No.    **2:13-bk-59657**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Dell Marketing L.P.** <br> **C/O Dell USA L.P.** <br> **PO Box 643561** <br> **Pittsburgh, PA 15264-3561** | - | | | | | | 15,767.87 |
| Account No. | | | Business debt | | | | |
| **Diamond Building & Remodel** <br> **3660 Parkway Lane, Suite F** <br> **Hilliard, OH 43026** | - | | | | | | 150.00 |
| Account No. | | | Business debt | | | | |
| **Digi-Key 1292390** <br> **Accounts Receivable** <br> **PO Box 250** <br> **Thief Rvr Falls, MN 56701-0250** | - | | | | | | 6,056.30 |
| Account No. | | | Business debt | | | | |
| **DY 4 Inc.** <br> **Attn:  223184** <br> **500 Ross Street, 154-0455** <br> **Pittsburgh, PA 15262-0001** | - | | | | | | 31,790.00 |
| Account No. | | | Business debt | | | | |
| **Dynamic Sensor Systems** <br> **6160 Olentangy Blvd.** <br> **Worthington, OH 43085** | - | | | | | | 26,000.00 |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,764.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation** _____,   Case No.   **2:13-bk-59657** _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Edgewater Technologies, Inc. Attn: Nick Toomer 8343 Canary Palm Court Sarasota, FL 34238-3361 | - | | | | | | 23,139.89 |
| Account No. | | | Business debt | | | | |
| Electro-Optical Imaging, Inc. 4300 Fortune Place, Suite C West Melbourne, FL 32904 | - | | | | | | 11,500.00 |
| Account No. | | | Business debt | | | | |
| Elma Electronics 44350 Grimmer Blvd. Fremont, CA 94538 | - | | | | | | 9,841.00 |
| Account No. | | | Business debt | | | | |
| Englefield Oil Company 447 James Parkway Heath, OH 43056 | - | | | | | | 4,910.00 |
| Account No. | | | Business debt | | | | |
| Fairview Microwave Inc. 1130 Junction Dr. SU 100 Allen, TX 75013 | - | | | | | | 791.62 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **50,182.51**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  __STAR Dynamics Corporation_____,     Case No.   __2:13-bk-59657_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Fastenal Company PO Box 1286 Winona, MN 55987-1286 | | - | | | | | | 28.09 |
| Account No. | | | | Business debt | | | | |
| FedEx PO Box 371461 Hilliard Office Pittsburgh, PA 15250-7461 | | - | | | | | | 424.74 |
| Account No. | | | | Business debt | | | | |
| Fedex Freight PO Box 223125 Pittsburgh, PA 15250 | | - | | | | | | 154.91 |
| Account No. | | | | Business debt | | | | |
| Fiber Instrument Sales 161 Clear Road Oriskany, NY 13424 | | - | | | | | | 62.70 |
| Account No. | | | | Business debt | | | | |
| Foxtronix 2240 E. Central Ave. Miamisburg, OH 45342 | | - | | | | | | 1,243.75 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        1,914.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                              ,   Case No.  __**2:13-bk-59657**__
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**G4S Secure Solutions**<br>**1418 Brice Road**<br>**Reynoldsburg, OH 43068** | - | | **Business debt** | | | | 14,524.15 |
| Account No.<br><br>**Galil Motion Control Inc.**<br>**370 Technology Way**<br>**Rocklin, CA 95765** | - | | **Business debt** | | | | 2,295.00 |
| Account No.<br><br>**Galloway Airport Authority**<br>**7535 W. Broad St.**<br>**Galloway, OH 43119** | - | | **Business debt** | | | | 14,000.00 |
| Account No.<br><br>**Geer Gas Corporation**<br>**829 Ingleside Ave**<br>**Columbus, OH 43215** | - | | **Business debt** | | | | 11.77 |
| Account No.<br><br>**General Dynamics**<br>**77 A Street**<br>**Needham Heights, MA 02494** | - | | **Business debt; advancement reimbursement obligation** | X | X | | Unknown |

Sheet no. __**15**__ of __**35**__ sheets attached to Schedule of      Subtotal                    30,830.92
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**
_____,   Case No.   __2:13-bk-59657__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Germane Systems 3680 Centerview Dr. Chantilly, VA 20151 | | - | | | | | 178,730.82 |
| Account No. | | | Business debt | | | | |
| Gigacom, Inc. 103 Waynel Cir SE Fort Walton Beach, FL 32548 | | - | | | | | 86,595.44 |
| Account No. | | | Business debt | | | | |
| Grainger Dept 875128175 Palatine, IL 60038 | | - | | | | | 43.99 |
| Account No. | | | Business debt | | | | |
| Hands Off, Inc. PO Box 1764 Buckeye Lake, OH 43008 | | - | | | | | 441.10 |
| Account No. | | | Business debt | | | | |
| Herley-CTI, Inc. 9 Whippany Road, Suite A-1 Whippany, NJ 07981 | | - | | | | | 99,000.00 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **364,811.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation** _____,   Case No. __**2:13-bk-59657**__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Hicks Partners LLC** **21 E. State Street, Ste. 2200** **Columbus, OH 43215** | - | | | | | | 30,000.00 |
| Account No. | | | Business debt | | | | |
| **Hittite Microwave Corp.** **PO Box 846075** **Boston, MA 02284-6075** | - | | | | | | 6,443.59 |
| Account No. | | | Business debt | | | | |
| **Intralinks Inc.** **PO Box 10259** **New York, NY 10259** | - | | | | | | 2,568.00 |
| Account No. | | | Business debt | | | | |
| **Jewett Electric Company Inc.** **3390 Copthorne Drive** **Galena, OH 43021** | - | | | | | | 291.00 |
| Account No. | | | Business debt | | | | |
| **Joe Ragan's** **PO Box 125** **Springfield, VA 22150** | - | | | | | | 689.75 |

Sheet no. __**17**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,992.34**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  __STAR Dynamics Corporation_____,        Case No.   __2:13-bk-59657_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Jungo Connectivity Ltd. 1 Hamachshev St. Netanya 42504 ISRAEL | - | | | | | | | 5,598.00 |
| Account No. | | | | Business debt | | | | |
| K&L Microwave 2250 Northwood Drive Salisbury, MD 21801 | - | | | | | | | 30,460.00 |
| Account No. | | | | Business debt | | | | |
| Kimco Distributing 7150 Hart St., Suite A-10 Mentor, OH 44060 | - | | | | | | | 499.00 |
| Account No. | | | | Business debt | | | | |
| KNS Logic, LLC 2592 York Rd Columbus, OH 43221 | - | | | | | | | 12,495.00 |
| Account No. | | | | Business debt | | | | |
| L-Com PO Box 55758 Boston, MA 02205-5758 | - | | | | | | | 2,620.20 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      51,672.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **STAR Dynamics Corporation**                                   ,    Case No.    **2:13-bk-59657**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Lausch Lawn Care PO Box 1450 Dublin, OH 43017 | - | | | | | | 1,313.00 |
| Account No. | | | Business debt | | | | |
| Lawrence Unrein 601 Suzanne Street Ridgecrest, CA 93555 | - | | | | | | 7,657.63 |
| Account No. | | | Business debt | | | | |
| Life Ins. Co. of North America PO Box 13701 Phildelphia, PA 19101-3701 | - | | | | | | 20,779.14 |
| Account No. | | | Business debt | | | | |
| Loeb Electric Co. 915 Williams Ave. Columbus, OH 43212 | - | | | | | | 755.64 |
| Account No. | | | Business debt | | | | |
| Martin Carpet Cleaning Co. 795 South Wall St. Columbus, OH 43206 | - | | | | | | 560.52 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,065.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,   Case No.   **2:13-bk-59657**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Master Maintenance LLC** **PO Box 1421** **Dublin, OH 43017-6421** | - | | | | | | 9,677.00 |
| Account No. | | | Business debt | | | | |
| **McMaster-Carr Supply** **PO Box 7690** **Chicago, IL 60680** | - | | | | | | 3,594.00 |
| Account No. | | | Business debt | | | | |
| **McNaughton McKay** **Dept. 14801** **PO Box 67000** **Detroit, MI 48267-0148** | - | | | | | | 466.55 |
| Account No. | | | Business debt | | | | |
| **Meier Transmission** **PO Box 98412** **Chicago, IL 60693-8412** | - | | | | | | 9,500.21 |
| Account No. | | | Business debt | | | | |
| **Miami Valley Mfg. &Assem.** **1889 Radio Road** **Dayton, OH 45431** | - | | | | | | 480.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 23,717.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                    ,        Case No.    **2:13-bk-59657**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Michael Storm-Levia 11976 Wisconsin Ave N Champlin, MN 55316 | - | | | | | | | 194.31 |
| Account No. | | | | Business debt | | | | |
| Microlease 3486 Investment Blvd. Hayward, CA 94545 | - | | | | | | | 1,491.62 |
| Account No. | | | | Business debt | | | | |
| Microsemi Corp RF Integrated Solutions PO Box 844652 Dallas, TX 75284 | - | | | | | | | 1,205.00 |
| Account No. | | | | Business debt | | | | |
| Mid-Ohio Screen Print 4165 Kelnor Dr. Grove City, OH 43123 | - | | | | | | | 1,759.00 |
| Account No. | | | | Business debt | | | | |
| Mills Metal Finishing 1977 McAllister Ave. Columbus, OH 43205 | - | | | | | | | 1,084.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,733.93

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation_____,  Case No. __2:13-bk-59657_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Mini Circuits PO Box 350165 Brooklyn, NY 11235 | | - | | | | | | 3,019.00 |
| Account No. | | | | Business debt | | | | |
| Miteq, Inc. 100 Davids Drive Happuage, NY 11788 | | - | | | | | | 1,250.00 |
| Account No. | | | | Business debt | | | | |
| Mobile Mini LLC PO Box 7144 Pasedena, CA 91109-7144 | | - | | | | | | 437.38 |
| Account No. | | | | Business debt | | | | |
| Monarch Automation Inc. 8890 Eagles Ridge Court West Chester, OH 45069 | | - | | | | | | 267.59 |
| Account No. | | | | Business debt | | | | |
| Motion Industries, Inc. PO Box 98412 Chicago, IL 60693 | | - | | | | | | 898.54 |

Sheet no. __22__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  5,872.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                              ,         Case No.    **2:13-bk-59657**

                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mouser**<br>**PO Box 99319**<br>**Fort Worth, TX 76199-0319** | - | | Business debt | | | | 1,435.02 |
| Account No.<br><br>**MSC Industrial Supply Co.**<br>**Dept. CH0075**<br>**Palatine, IL 60055-0075** | - | | Business debt | | | | 356.64 |
| Account No.<br><br>**Myers Machinery Movers Inc.**<br>**2210 Hardy Parkway St.**<br>**Grove City, OH 43123** | - | | Business debt | | | | 16,005.56 |
| Account No.<br><br>**National Instruments**<br>**PO Box 202262**<br>**Dallas, TX 75320-2262** | - | | Business debt | | | | 1,177.66 |
| Account No.<br><br>**Netgain Technologies, Inc.**<br>**8080 Reading Road**<br>**Cincinnati, OH 45237** | - | | Business debt | | | | 1,938.00 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,912.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,   Case No.   **2:13-bk-59657**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Newark PO Box 94151 Palatine, IL 60094-4151 | | - | | | | | 1,439.37 |
| Account No. | | | Business debt | | | | |
| Norden Milimeter 5441 Merchant Cr., Suite C Placerville, CA 95667 | | - | | | | | 3,757.00 |
| Account No. | | | Business debt | | | | |
| North Coast Technical Inc. 8251 Mayfield Rd, Suite 105 Chesterland, OH 44026 | | - | | | | | 5,530.00 |
| Account No. | | | Business debt | | | | |
| Office Depot PO Box 633301 Cincinnati, OH 45263-3301 | | - | | | | | 521.85 |
| Account No. | | | Business debt | | | | |
| Officeteam 12400 Collections Ctr. Dr. Chicago, IL 60693 | | - | | | | | 15,949.24 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,197.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                   ,     Case No.   **2:13-bk-59657**
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Omega Engineering Inc. PO Box 405369 Atlanta, GA 30384 | | - | | | | | 118.00 |
| Account No. | | | Business debt | | | | |
| Oxford Global Resources PO Box 3256 Boston, MA 02241-3256 | | - | | | | | 7,433.75 |
| Account No. | | | Business debt | | | | |
| Parametric Technology Corp. 127 Technology Drive Waltham, MA 02453 | | - | | | | | 24,630.00 |
| Account No. | | | Business debt | | | | |
| Pegasi Systems International 1041 Biencourt Lavel Quebec CANADA H7G 0A3 | | - | | | | | 55,769.60 |
| Account No. | | | Business debt | | | | |
| PEI Genesis 2180 Hornig Road Phildelphia, PA 19116 | | - | | | | | 2,542.26 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,493.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                    , Case No.   **2:13-bk-59657**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Personal Concepts**<br>**PO Box 5750**<br>**Carol Stream, IL 60197-5760** | - | | | | | | 451.06 |
| Account No. | | | Business debt | | | | |
| **Pinpoint Dynamics, LLC**<br>**5405 N. Industrial Pkwy.**<br>**San Bernardino, CA 92407** | - | | | | | | 8,032.50 |
| Account No. | | | Business debt | | | | |
| **Pitney Bowes**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | - | | | | | | 187.88 |
| Account No. | | | Business debt | | | | |
| **Princetel, Inc.**<br>**2560E. State St. Ext.**<br>**Hamilton, NJ 08619** | - | | | | | | 15,056.00 |
| Account No. | | | Business debt | | | | |
| **Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** | - | | | | | | 644.14 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,371.58

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation_____,                    Case No. ___2:13-bk-59657_____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Qualtrax Inc. PO Box 59 Christiansburg, VA 24068 | | - | | | | | | 750.00 |
| Account No. | | | | Business debt | | | | |
| Quinstar Technology Corp. 24085 Garnier St. Torrance, CA 92407 | | - | | | | | | 6,042.00 |
| Account No. | | | | Business debt | | | | |
| Renew Data 9500 Arboretum Blvd L2-120 Austin, TX 78759 | | - | | | | | | 51,714.48 |
| Account No. | | | | Business debt | | | | |
| Rent-A-John PO Box 753 Columbus, OH 43216 | | - | | | | | | 224.70 |
| Account No. | | | | Business debt | | | | |
| Robert Landers 1300 El Paseo Rd, PMB 173 Suite G Las Cruces, NM 88001 | | - | | | | | | 12,000.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    70,731.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                ,        Case No.   **2:13-bk-59657**
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Rotating Precision Mechanical 8750 Shirley Avenue Northridge, CA 91324** | - | | | | | | 23,127.00 |
| Account No. | | | Business debt | | | | |
| **RSFi 401 East Wilson Bridge Road Columbus, OH 43085** | - | | | | | | 27,456.10 |
| Account No. | | | Business debt | | | | |
| **Ryder Transportation Services PO Box 96723 Chicago, IL 60693** | - | | | | | | 383.35 |
| Account No. | | | Business debt | | | | |
| **S.W. Anderson 35756 Eagle Way Chicago, IL 60678-1357** | - | | | | | | 27.85 |
| Account No. | | | Business debt | | | | |
| **Samtec 3837 Reliable Parkway Chicago, IL 60686-0038** | - | | | | | | 24.32 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 51,018.62 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                    ,    Case No.    **2:13-bk-59657**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Shred-It** **1370 Research Road** **Columbus, OH 43230** | - | | | | | | 60.00 |
| Account No. | | | Business debt | | | | |
| **Southeastern Machining** **500 Lincoln Ave.** **Lancaster, OH 43130** | - | | | | | | 17,681.00 |
| Account No. | | | Representing: **Southeastern Machining** | | | | Notice Only |
| **Brian D. Shonk** **144 East Main Street** **PO Box 667** **Lancaster, OH 43130** | | | | | | | |
| Account No. | | | Business debt | | | | |
| **Spacek** **212 East Gutierrez St.** **Santa Barbara, CA 93101** | - | | | | | | 40,490.00 |
| Account No. | | | Business debt | | | | |
| **Sparx Systems Pty. LTD.** **PO Box 12 Creswick Victoria** **AUSTRALIA** | - | | | | | | 10,775.00 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,006.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                     ,    Case No.   **2:13-bk-59657**
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Staples Business Advantage** <br> **Dept. DET** <br> **PO Box 83689** <br> **Chicago, IL 60696-3689** | - | | | | | | **3,668.00** |
| Account No. | | | Business debt; unpaid rent | | | | |
| **Star Dynamics Investments LLC** <br> **15000 Emerald Cost Pkwy.** <br> **Destin, FL 32541** | - | | | | | | **106,000.00** |
| Account No. | | | Business debt | | | | |
| **Steve S. Monas** <br> **200 Mimosa Dr.** <br> **Roslyn, NY 11576** | - | | | | | | **27,877.50** |
| Account No. | | | Business debt | | | | |
| **Stillwater Technologies Inc.** <br> **1040 South Dorset Rd.** <br> **Troy, OH 45373** | - | | | | | | **55,025.00** |
| Account No. | | | Business debt | | | | |
| **Sunbelt Rentals, Inc.** <br> **P. O. Box 409211** <br> **Atlanta, GA 30384-9211** | - | | | | | | **6,236.00** |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **198,806.50**

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation_____,    Case No. ___2:13-bk-59657_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Symmetricom, Inc.**<br>**PO Box 39000, Dept. 34371**<br>**San Francisco, CA 94139** | - | | | | | | 9,810.00 |
| Account No. | | | Business debt | | | | |
| **Systran Corporation**<br>**PO Box 223114**<br>**Pittsburgh, PA 15251-2114** | - | | | | | | 5,770.00 |
| Account No. | | | Business debt | | | | |
| **TASC Client Services**<br>**PO Box 88278**<br>**Milwaukee, WI 53288-0001** | - | | | | | | 370.00 |
| Account No. | | | Business debt | | | | |
| **Teledyne Storm Microwave**<br>**B/U of Teledyne Reynolds**<br>**15363 Collections Center**<br>**Chicago, IL 60693** | - | | | | | | 6,021.20 |
| Account No. | | | Business debt | | | | |
| **The Mathworks, Inc.**<br>**PO Box 845428**<br>**Boston, MA 02209-5428** | - | | | | | | 3,362.63 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,333.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **STAR Dynamics Corporation**                                    ,  Case No.  **2:13-bk-59657**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt; prepetition loans | | | | |
| Thomas Becnel 15000 Emerald Coast Pkwy Destin, FL 32541 | | - | | | | | | 32,142,210.41 |
| Account No. | | | | Business debt | | | | |
| Time Warner Cable PO Box 0916 Carol Stream, IL 60132-0916 | | - | | | | | | 1,077.70 |
| Account No. | | | | Business debt | | | | |
| Timesavers Courier, Inc. PO Box 850 Westerville, OH 43086-0850 | | - | | | | | | 53.70 |
| Account No. | | | | Business debt | | | | |
| TW Telecom Holdings, Inc. PO Box 172567 Denver, Co 80217-2567 | | - | | | | | | 1,430.00 |
| Account No. | | | | Representing: TW Telecom Holdings, Inc. | | | | |
| Linda Boyle TW Telecome Inc. 10475 Park Meadows Drive, #400 Littleton, CO 80124 | | | | | | | | Notice Only |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,144,771.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation**                                    ,        Case No.    **2:13-bk-59657**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vaisala Inc.<br>PO Box 8500-53423<br>Phildelphia, PA 19178-3423 | | - | Business debt | | | | 17,640.00 |
| Account No.<br><br>Valley Nat'l. Sales<br>PO Box 347297<br>Pittsburgh, PA 15251-4297 | | - | Business debt | | | | 568.64 |
| Account No.<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | | - | Business debt | | | | 5,571.52 |
| Account No.<br><br>Vorys Sater Seymour & Pease<br>Attn: Richard D. Schuster<br>52 East Gay Street<br>Columbus, OH 43215 | | - | Business debt; prepetition legal fees | | | | 454,189.64 |
| Account No.<br><br>Wachovia Bank/Brit-Hallma<br>PO Box 758807<br>Baltimore, MD 21275-8807 | | - | Business debt | | | | 9,156.75 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **487,126.55**

B6F (Official Form 6F) (12/07) - Cont.

In re __STAR Dynamics Corporation__ _____,   Case No. __2:13-bk-59657__ _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Wells Fargo Bank, NA** **300 Tri-State International, Suite 400** **Lincolnshire, IL 60069** | | - | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Wenzel Associates Inc.** **2215 Kramer Lane** **Austin, TX 78758** | | - | | | | | **135,220.00** |
| Account No. | | | Business debt | | | | |
| **Western Reserve Valuation** **274 Marconi Blvd., Suite 140** **Columbus, OH 43215** | | - | | | | | **5,000.00** |
| Account No. | | | Business debt | | | | |
| **Whitney National Bank** **Commercial Loan OPS** **PO Box 95480** **New Orleans, LA 70195-5480** | | - | | | | | **14,118.92** |
| Account No. | | | Business debt | | | | |
| **Whitney National Bank** **Credit Card Center** **PO Box 23070** **Columbus, GA 31902-3070** | | - | | | | | **22,549.00** |

Sheet no. __34__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**176,887.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **STAR Dynamics Corporation** _____,   Case No.   **2:13-bk-59657** _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Joseph P. Herbert Liskow & Lewis 822 Harding Street Lafayette, LA 70503** | | | Representing: **Whitney National Bank** | | | | **Notice Only** |
| Account No. **Wind River Systems Inc. PO Box 7250 San Francisco, CA 94120** | - | | Business debt | | | | **3,400.00** |
| Account No. **Wittenstein Aerospace Ltd. Brown's Court, Long Ashton Business Park Yanley Lane, Long Ashton, Bristol UNITED KINGDOM BS419LB** | - | | Business debt | | | | **4,500.00** |
| Account No. **Womble Carlyle Sandridge & Rice LLP Attn: Thomas W. Waldrep, Jr. One West Fourth Street Winston Salem, NC 27101** | - | | Business debt; prepetition legal services | | | | **525,583.39** |
| Account No. **XO Communications 14239 Collections Ctr. Dr. Chicago, IL 60693** | - | | Business debt | | | | **4,602.93** |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **538,086.32** |
| Total (Report on Summary of Schedules) | | **34,963,043.36** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **STAR Dynamics Corporation**                                    Case No.   __2:13-bk-59657__
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BAE Systems Technology Solutions UK**<br>**c/o Joseph C. Pickens**<br>**65 E. State Street, Suite 1000**<br>**Columbus, OH 43215** | **Subcontract with BAE UK for advanced**<br>**RCS/Imaging Radar for UK MOD GTARS** |
| **BerrieHill Research Corporation**<br>**240 W. Elmwood Drive, Suite 1001**<br>**Dayton, OH 45459** | **Subcontract with BerrieHill Research for**<br>**upgrades to RCS radar for USAF WPAFB ACR** |
| **Brit-Hallmark LLC**<br>**c/o BECO Management, Inc.**<br>**5410 Edson Lane, Suite 200**<br>**Rockville, MD 20852** | **Lease of Herndon, VA facility** |
| **Columbus-Franklin County Finance Auth**<br>**350 E. First Avenue, Suite 120**<br>**Columbus, OH 43201** | **Equipment lease** |
| **Compiled Designs LLC**<br>**803 Caroway Blvd**<br>**Gahanna, OH 43230** | **Consulting Agreement** |
| **Dell Financial Services**<br>**PO Box 6547**<br>**Carol Stream, IL 60197** | **Equipment lease** |
| **Electro Rent**<br>**c/o Jeffrey Kurtzman**<br>**1835 Market STreet, Suite 1400**<br>**Philadelphia, PA 19103** | **Equipment rental** |
| **French Government DGA Techniques Navales**<br>**Avenue de la Tour Royale- BP 40915**<br>**83050 TOULON CEDEX FRANCE** | **Prime support contract with Rench Navy for RCS**<br>**radar support** |
| **Galloway Airport Authority LLC**<br>**7535 West Broad Street**<br>**Galloway, OH 43119** | **Lease of test strip and hangar storage** |
| **Geer Gas Corporation**<br>**PO Box 16396**<br>**Columbus, OH 43218** | **Equipment rental** |
| **General Dynamics**<br>**c/o Andrew Nicoll**<br>**41 South High Street, Suites 2800-3200**<br>**Columbus, OH 43215** | **Subcontract with General Dynamics for**<br>**development of RRRP radars for US Army** |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **STAR Dynamics Corporation**                                                    ,   Case No.   **2:13-bk-59657**
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Government of Isreal MIRTS**<br>**c/o David R. Kuney**<br>**1501 K Street N.W.**<br>**Washington, DC 20005** | **Prime contract for delivery and support of XSTAR radars** |
| **Konica Minolta Bus. Solutions**<br>**Dept CH 19188**<br>**Palatine, IL 60055** | **Equipment lease** |
| **LEAF**<br>**PO Box 644006**<br>**Cincinnati, OH 45264** | **Equipment lease** |
| **Lockheed Martin Aeronautics**<br>**Lockheed Blvd.**<br>**PO Box 748**<br>**Fort Worth, TX 76101** | **Prime contract to provide RCS processing software** |
| **Matheson Tri-Gas dba Valley Nat'l Gases**<br>**P.O. Box 347297**<br>**Pittsburgh, PA 15251** | **Equipment rental** |
| **Microlease**<br>**3486 Investment Blvd.**<br>**Hayward, CA 94545** | **Equipment rental** |
| **NEC Financial Service, LLC**<br>**24189 Network Place**<br>**Chicago, IL 60673** | **Equipment lease** |
| **Pegasi Systems International, Inc.**<br>**1041 Biencort**<br>**Laval, Quebec, Canada** | **Consulting Agreement** |
| **Pitney Bowes**<br>**Inside Sales Group**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | **Equipment rental** |
| **Pratt & Whitney**<br>**PO Box 109600**<br>**West Palm Beach, FL 33410-6900** | **Prime support contract for RCS radar system maintenance** |
| **Rent-A-John**<br>**Portable Sanitation**<br>**P.O. Box 753**<br>**Columbus, OH 43216** | **Equipment rental** |
| **Republic of Korea ADD**<br>**111 Sunam-dong, Yoseong-Gu**<br>**Daejon, 305-152, Republic of Korea** | **Prime contract with Korean Government for RCS radar support and various system upgrades** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **STAR Dynamics Corporation**                         ,    Case No.    **2:13-bk-59657**

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sagent Advisors, LLC**<br>**c/o Chris Oliver**<br>**299 Park Avenue, 9th Floor**<br>**New York, NY 10171** | **Financial advisor contract** |
| **STAR Dynamics Investments, LLC**<br>**15000 Emerald Coast Pkwy**<br>**Destin, FL 32541** | **Lease of Hilliard, OH facility** |
| **Steve S. Monas**<br>**200 Mimosa Dr.**<br>**Roslyn, NY 11576** | **Consulting agreement** |
| **Sunbelt Rentals**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384** | **Equipment rental** |
| **Swedish Government MODOTS**<br>**SE-115 88**<br>**STOCKHOLM SWEDEN** | **Prime contract for delivery and support of XSTAR radar** |
| **United States Air Force- Eglin AFB**<br>**46 Test Wing/TSWM**<br>**211 Wet Eglin Blvd, Suite 128 (Bldg 374)**<br>**Eglin AFB, FL 32542** | **Various purchase orders with USAF for RF Synthesizers** |
| **URS Federal Technical Services, Inc.**<br>**811 Grier Drive, Suite A**<br>**Las Vegas, NV 89119** | **Subcontract with URS for development and support of RCS radars for USAF** |
| **Var Resources**<br>**PO Box 6434**<br>**Carol Stream, IL 60197** | **Equipment lease** |
| **Wyle Laboratories Inc.**<br>**900 Heritage Drive, Suite C**<br>**Ridgecrest, CA 93555** | **Subcontract for delivery of Doppler radars to US Navy China Lake** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **STAR Dynamics Corporation**                                  ,        Case No.    **2:13-bk-59657**

                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas Becnel**<br>**15000 Emerald Coast Pkwy**<br>**Destin, FL 32541** | **Whitney National Bank**<br>**911 Lee Avenue**<br>**Lafayette, LA 70501** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **STAR Dynamics Corporation**                                    Case No.   **2:13-bk-59657**

_____
Debtor(s)                                         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 14, 2014**                       Signature   **/s/ Kevin Collis**
                                                            **Kevin Collis**
                                                            **Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **STAR Dynamics Corporation**                                     Case No.    **2:13-bk-59657**

                                                 Debtor(s)                    Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,148,940.93** | **2013 YTD: Gross sales** |
| **$5,807,264.80** | **2012: Gross sales** |
| **$9,600,062.56** | **2011: Gross sales** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                    AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Schedule 3(b) attached hereto** | | **$0.00** | **$0.00** |

**None**
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **STAR Dynamics Investments, LLC**<br>**15000 Emerald Coast Pkwy**<br>**Destin, FL 32541**<br>    **Affiliate** | **1/18/13; 3/19/13; 4/19/13;**<br>**5/17/13; 6/17/13; 7/30/13;**<br>**9/27/13** | **$185,500.00** | **$106,000.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **BAE Systems Technology Solutions & Services**<br>**Inc. v. STAR Dynamics Corporation, Case No. 12**<br>**CV 014372** | **Injunctive relief**<br>**and damages** | **Franklin County, Ohio Court of**<br>**Common Pleas** | **Pending;**<br>**Removed to**<br>**Bankruptcy**<br>**Court on**<br>**December 20,**<br>**2013** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allen Kuehnle Stovall & Neuman LLP** **17 South High Street, Suite 1220** **Columbus, OH 43215** | **December 9, 2013** **December 10, 2013** | **$100,000 deposited into AKSN trust account** **$14,118 transferred from AKSN trust account** |
| **Womble Carlyle Sandridge & Rice LLP** **Atlantic Station** **271 17th Street NW, Suite 2400** **Atlanta, GA 30363** | **12/10/13** | **$100,000 retainer as special litigation counsel** |

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jim Rogers** **Former employee of Debtor** | 1/6/12 | **Dell Latitude E5500 Computer, no value** |
| **Dr. Jerry Jost** **c/o STAR Dynamics** **4455 Reynolds Drive** **Hilliard, OH 43026** **Officer/Director/Shareholder** | 7/10/13 | **Sony Vaio Laptop, $1.00** |
| **Dr. Jerry Jost** **c/o STAR Dynamics** **4455 Reynolds Drive** **Hilliard, OH 43026** **Officer/Director/Shareholder** | 7/10/13 | **Sony Vaio Laptop, $1.00** |
| **Woody's Auto Salvage** **1986 McKinley Ave** **Columbus, OH 43204** **none** | 9/4/13 | **1990 Dorsey Trailer, $100.00** |
| **Woody's Auto Salvage** **1986 McKinley Ave** **Columbus, OH 43204** **none** | 9/4/13 | **1999 Daco Double Drop Univ. Trailer, $1,100.00** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

5

#### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

#### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

#### 15.  Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

#### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **STAR Dynamics DISC, Inc.** | 26-3611809 | **4455 Reynolds Drive Hilliard, OH 43026** | **Domestic international sales corporation** | **7/13/2011 to present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kevin Collis**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Julie West**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Andrew Tucciarone**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Meredith Bailey**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Vicki Haley**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Penni Webb**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Beth Pfeifer**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |
| **Julie White**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026** | **Past 2 years** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Snyder & Company** | **129 W. Chestnut St.**<br>**Lancaster, OH 43130** | **2009 to present** |
| **Norman Jones Enlow & Company** | **226 N 5th Street, Suite 500**<br>**Columbus, OH 43215** | **2011 to present** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | | DATE ISSUED |
|---|---|---|

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| December 20, 2013 | Kevin Collis | $6,089,411 (book value) |
| December 31, 2012 | Kevin Collis | $5,433,453.45 (book value) |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| December 20, 2013 | Julie West<br>4455 Reynolds Drive<br>Hilliard, OH 43026 |
| December 31, 2012 | Julie West<br>4455 Reynolds Drive<br>Hilliard, OH 43026 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| TAZ Ventures, LLC<br>15000 Emerald Coast Pkwy<br>Destin, FL 32541 | Shareholder | Shareholder-45% |
| STAR Dynamics Holdings, LLC<br>15000 Emerald Coast Pkwy<br>Destin, FL 32541 | Shareholder | Shareholder-45% |
| Dr. Jerry Jost<br>4455 Reynolds Drive<br>Hilliard, OH 43026 | Shareholder | Shareholder- 10% |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None

☐     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dr. Jerry Jost**<br>**c/o STAR Dynamics**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026**<br>   **President/ Director/ Shareholder** | **Various dates in previous year.** | **$234,857.60 in wages and auto allowance**<br><br>**$16,000 travel expense advance in March of 2013, subsequently repaid in November of 2013** |
| **Kevin Collis**<br>**c/o STAR Dynamics**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026**<br>   **Chief Financial Officer** | **Various dates in previous year.** | **$169,062.00 in wages** |
| **Nathan A. Knutson**<br>**c/o STAR Dynamics**<br>**4455 Reynolds Drive**<br>**Hilliard, OH 43026**<br>   **Chief Operating Officer** | **Various dates in previous year.** | **$124,080.00 in wages** |
| **See SOFA Schedule 23** | **Ordinary business expense reimbursements** | |

**24. Tax Consolidation Group.**

None

■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                           TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>**January 14, 2014**</u>           Signature    <u>**/s/ Kevin Collis**</u>
                                                     **Kevin Collis**
                                                       **Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**STAR DYNAMICS
CORP.
Schedule 3-b**

| CHECK#. | CHECK-DATE | VEND......................... | GL-ACCT#.. | ACCT-AMT.... |
|---|---|---|---|---|
| MWIRE15 | 9/27/2013 | ACTIONS ET SERVICES | 105 | (21,023.81) |
| | | **ACTIONS ET SERVICES Total** | | **(21,023.81)** |
| | | | | |
| 80081 | 9/26/2013 | ADVANCED CIRCUITS | 105 | (6,610.08) |
| 80226 | 11/27/2013 | ADVANCED CIRCUITS | 105 | (802.90) |
| | | **ADVANCED CIRCUITS Total** | | (7,412.98) |
| | | | | |
| 80110 | 9/27/2013 | AEROFLEX PLAINVIEW INC | 105 | (26,100.00) |
| 80235 | 11/27/2013 | AEROFLEX PLAINVIEW INC | 105 | (1,600.00) |
| | | **AEROFLEX PLAINVIEW INC Total** | | **(27,700.00)** |
| | | | | |
| MA1218 | 9/27/2013 | AEROTEK, INC | 105 | (13,555.12) |
| MA1303 | 11/29/2013 | AEROTEK, INC | 105 | (4,321.24) |
| | | **AEROTEK, INC Total** | | **(17,876.36)** |
| | | | | |
| 80030 | 9/19/2013 | AETNA | 105 | (8,027.80) |
| MA1246 | 10/24/2013 | AETNA | 105 | (8,272.90) |
| MA1293 | 11/27/2013 | AETNA | 105 | (7,812.90) |
| | | **AETNA Total** | | **(24,113.60)** |
| | | | | |
| M2512 | 9/18/2013 | AFCO | 105 | (2,924.68) |
| 80031 | 9/19/2013 | AFCO | 105 | (15,613.04) |
| 80140 | 10/25/2013 | AFCO | 105 | (15,613.04) |
| 80141 | 10/25/2013 | AFCO | 105 | (2,924.68) |
| 80233 | 11/27/2013 | AFCO | 105 | (14,869.56) |
| 80236 | 11/27/2013 | AFCO | 105 | (3,363.37) |
| | | **AFCO Total** | | **(55,308.37)** |
| | | | | |
| 80037 | 9/19/2013 | ALLEN INTERNATION LLC | 105 | (300.00) |
| 80249 | 11/27/2013 | ALLEN INTERNATION LLC | 105 | (25,285.28) |
| | | **ALLEN INTERNATION LLC Total** | | **(25,585.28)** |
| | | | | |
| 80108 | 9/27/2013 | AMERICAN ELECTRIC POWER | 105 | (4,162.66) |
| 80175 | 11/5/2013 | AMERICAN ELECTRIC POWER | 105 | (4,186.41) |
| MA1285 | 11/13/2013 | AMERICAN ELECTRIC POWER | 105 | (63.28) |
| MA1286 | 11/13/2013 | AMERICAN ELECTRIC POWER | 105 | (2.95) |
| MA1287 | 11/13/2013 | AMERICAN ELECTRIC POWER | 105 | (3,386.94) |
| | | **AMERICAN ELECTRIC POWER Total** | | **(11,802.24)** |
| | | | | |
| 80029 | 9/19/2013 | AMERICAN MICROWAVE CORP. | 105 | (6,265.00) |
| 80107 | 9/27/2013 | AMERICAN MICROWAVE CORP. | 105 | (2,523.30) |
| 80227 | 11/27/2013 | AMERICAN MICROWAVE CORP. | 105 | (2,532.00) |
| | | **AMERICAN MICROWAVE CORP. Total** | | **(11,320.30)** |

| | | | | |
|---|---|---|---|---|
| M2511 | 9/18/2013 | AON RISK SOLUTIONS | 105 | (6,700.00) |
| | | **AON RISK SERVICES CO., INC. Total** | | (6,700.00) |
| | | | | |
| 80106 | 9/27/2013 | APPLIED WAVE RESEARCH, INC. | 105 | (7,383.33) |
| | | **APPLIED WAVE RESEARCH, INC. Total** | | **(7,383.33)** |
| | | | | |
| 80082 | 9/26/2013 | AVID TECHNOLOGIES | 105 | (13,320.00) |
| M2517 | 10/2/2013 | AVID TECHNOLOGIES | 105 | (35,792.50) |
| M2529 | 11/6/2013 | AVID TECHNOLOGIES | 105 | (900.00) |
| 80230 | 11/27/2013 | AVID TECHNOLOGIES | 105 | (37,475.00) |
| | | **AVID TECHNOLOGIES Total** | | **(87,487.50)** |
| | | | | |
| M2524 | 11/1/2013 | BRIDGEWAY SEARCH GROUP | 105 | (3,843.00) |
| M2533 | 11/15/2013 | BRIDGEWAY SEARCH GROUP | 105 | (3,843.00) |
| 80242 | 11/27/2013 | BRIDGEWAY SEARCH GROUP | 105 | (6,020.70) |
| | | **BRIDGEWAY SEARCH GROUP Total** | | **(13,706.70)** |
| | | | | |
| 80039 | 9/19/2013 | CERDANT, INC | 105 | (21,916.74) |
| 80254 | 11/27/2013 | CERDANT, INC | 105 | (4,680.99) |
| | | **CERDANT, INC Total** | | **(26,597.73)** |
| | | | | |
| MA1191 | 9/11/2013 | CHRISTA MCKELVEY | 105 | (1,431.61) |
| MA1197 | 9/20/2013 | CHRISTA MCKELVEY | 105 | (917.00) |
| MA1228 | 10/4/2013 | CHRISTA MCKELVEY | 105 | (3,055.76) |
| MA1238 | 10/14/2013 | CHRISTA MCKELVEY | 105 | (79.63) |
| MA1240 | 10/15/2013 | CHRISTA MCKELVEY | 105 | (1,625.29) |
| MA1250 | 10/24/2013 | CHRISTA MCKELVEY | 105 | (528.78) |
| MA1319 | 12/5/2013 | CHRISTA MCKELVEY | 105 | (3,119.08) |
| MA1327 | 12/9/2013 | CHRISTA MCKELVEY | 105 | (5,954.72) |
| | | **CHRISTA MCKELVEY Total** | | **(16,711.87)** |
| | | | | |
| 80178 | 11/5/2013 | CLASSIC BUSINESS SOLUTIONS | 105 | (2,023.58) |
| 80244 | 11/27/2013 | CLASSIC BUSINESS SOLUTIONS | 105 | (4,205.51) |
| | | **CLASSIC BUSINESS SOLUTIONS Total** | | **(6,229.09)** |
| | | | | |
| 80112 | 9/27/2013 | COLE PROFESSIONAL SEARCH, LLC | 105 | (3,000.00) |
| M2526 | 11/5/2013 | COLE PROFESSIONAL SEARCH, LLC | 105 | (2,250.00) |
| 80253 | 11/27/2013 | COLE PROFESSIONAL SEARCH, LLC | 105 | (2,000.00) |
| | | **COLE PROFESSIONAL SEARCH, LLC Total** | | **(7,250.00)** |
| | | | | |
| 80101 | 9/27/2013 | COMPILED DESIGNS, LLC | 105 | (8,980.00) |
| 80251 | 11/27/2013 | COMPILED DESIGNS, LLC | 105 | (19,215.00) |
| | | **COMPILED DESIGNS, LLC Total** | | **(28,195.00)** |
| | | | | |
| M2525 | 11/5/2013 | CORE SYSTEMS, INC | 105 | (4,270.00) |
| 80252 | 11/27/2013 | CORE SYSTEMS, INC | 105 | (9,000.00) |
| | | **CORE SYSTEMS, INC Total** | | **(13,270.00)** |
| | | | | |
| MA1208 | 9/24/2013 | DANIEL R. FREY | 105 | (2,305.82) |
| MA1265 | 10/28/2013 | DANIEL R. FREY | 105 | (1,486.31) |

| MA1300 | 11/29/2013 | DANIEL R. FREY | 105 | (2,807.98) |
| MA1316 | 12/5/2013 | DANIEL R. FREY | 105 | (1,268.52) |
| | | **DANIEL R. FREY Total** | | **(7,868.63)** |
| | | | | |
| MA1234 | 10/4/2013 | DAVID M. PINNELL | 105 | (2,893.25) |
| MA1272 | 11/5/2013 | DAVID M. PINNELL | 105 | (1,086.69) |
| MA1315 | 12/5/2013 | DAVID M. PINNELL | 105 | (3,458.57) |
| MA1326 | 12/9/2013 | DAVID M. PINNELL | 105 | (802.35) |
| | | **DAVID M. PINNELL Total** | | **(8,240.86)** |
| | | | | |
| MA1220 | 9/27/2013 | DAWN VME PRODUCTS | 105 | (35,729.00) |
| | | **DAWN VME PRODUCTS Total** | | **(35,729.00)** |
| | | | | |
| 80062 | 9/19/2013 | DELL FINANCIAL SERVICES | 105 | (5,803.09) |
| 80257 | 11/27/2013 | DELL FINANCIAL SERVICES | 105 | (2,349.11) |
| | | **DELL FINANCIAL SERVICES Total** | | **(8,152.20)** |
| | | | | |
| 80061 | 9/19/2013 | DELL MARKETING L.P. | 105 | (16,683.04) |
| | | **DELL MARKETING L.P. Total** | | **(16,683.04)** |
| | | | | |
| 80113 | 9/27/2013 | DUCOMMUN TECHNOLOGIES | 105 | (13,956.36) |
| | | **DUCOMMUN TECHNOLOGIES Total** | | **(13,956.36)** |
| | | | | |
| 80102 | 9/27/2013 | DYNAMIC SENSOR SYSTEMS | 105 | (7,937.50) |
| | | **DYNAMIC SENSOR SYSTEMS Total** | | **(7,937.50)** |
| | | | | |
| 80063 | 9/19/2013 | ELECTRO RENT | 105 | (14,645.00) |
| 80085 | 9/26/2013 | ELECTRO RENT | 105 | (9,343.00) |
| 80182 | 11/5/2013 | ELECTRO RENT | 105 | (7,854.00) |
| MA1296 | 11/29/2013 | ELECTRO RENT | 105 | (27,088.60) |
| | | **ELECTRO RENT Total** | | **(58,930.60)** |
| | | | | |
| M2509A | 9/17/2013 | FEDEX | 105 | (5,732.58) |
| M2509B | 9/17/2013 | FEDEX | 105 | (66.78) |
| 80065 | 9/19/2013 | FEDEX | 105 | (53.94) |
| 80151 | 10/25/2013 | FEDEX | 105 | (32.25) |
| M2523A | 11/1/2013 | FEDEX | 105 | (77.29) |
| M2523B | 11/1/2013 | FEDEX | 105 | (8,441.55) |
| 80261 | 11/27/2013 | FEDEX | 105 | (2,509.72) |
| 80262 | 11/27/2013 | FEDEX | 105 | (87.34) |
| | | **FEDEX Total** | | **(17,001.45)** |
| | | | | |
| 80184 | 11/5/2013 | G4S SECURE SOLUTIONS | 105 | (4,961.20) |
| 80266 | 11/27/2013 | G4S SECURE SOLUTIONS | 105 | (4,898.00) |
| | | **G4S SECURE SOLUTIONS Total** | | **(9,859.20)** |
| | | | | |
| MA1190 | 9/11/2013 | GABOR TOTH | 105 | (1,431.61) |
| MA1198 | 9/20/2013 | GABOR TOTH | 105 | (1,439.61) |
| MA1223 | 10/4/2013 | GABOR TOTH | 105 | (4,326.13) |
| MA1242 | 10/15/2013 | GABOR TOTH | 105 | (1,574.94) |

| | | | | |
|---|---|---|---|---:|
| MA1252 | 10/24/2013 | GABOR TOTH | 105 | (702.08) |
| MA1318 | 12/5/2013 | GABOR TOTH | 105 | (4,576.09) |
| MA1323 | 12/9/2013 | GABOR TOTH | 105 | (3,051.62) |
| | | **GABOR TOTH Total** | | **(17,102.08)** |
| | | | | |
| MA1196 | 9/20/2013 | HITTITE MICROWAVE CORPORATION | 105 | (2,725.93) |
| 80091 | 9/26/2013 | HITTITE MICROWAVE CORPORATION | 105 | (7,924.07) |
| 80269 | 11/27/2013 | HITTITE MICROWAVE CORPORATION | 105 | (11,751.62) |
| | | **HITTITE MICROWAVE CORPORATION Total** | | **(22,401.62)** |
| | | | | |
| MA1314 | 12/5/2013 | LAWRENCE UNREIN | 105 | (7,657.63) |
| | | **LAWRENCE UNREIN Total** | | **(7,657.63)** |
| | | | | |
| 80068 | 9/19/2013 | LIFE INSURANCE COMPANY | 105 | (10,223.83) |
| 80158 | 10/25/2013 | LIFE INSURANCE COMPANY | 105 | (10,257.69) |
| | | **LIFE INSURANCE COMPANY Total** | | **(20,481.52)** |
| | | | | |
| 80200 | 11/5/2013 | MASTER MAINTENANCE LLC | 105 | (4,204.12) |
| 80286 | 11/27/2013 | MASTER MAINTENANCE LLC | 105 | (3,817.49) |
| | | **MASTER MAINTENANCE LLC Total** | | **(8,021.61)** |
| | | | | |
| 80288 | 11/27/2013 | MIDWEST AERIAL PHOTOGRAPHY | 105 | (12,870.00) |
| | | **MIDWEST AERIAL PHOTOGRAPHY Total** | | **(12,870.00)** |
| | | | | |
| 80093 | 9/26/2013 | MIL AIR LLC | 105 | (34,170.00) |
| | | **MIL AIR LLC Total** | | **(34,170.00)** |
| | | | | |
| MA1202 | 9/23/2013 | OHIO DEPARTMENT OF DEVELOPMENT | 105 | (54,924.27) |
| MA1264 | 10/28/2013 | OHIO DEPARTMENT OF DEVELOPMENT | 105 | (54,884.35) |
| MA1297 | 11/29/2013 | OHIO DEPARTMENT OF DEVELOPMENT | 105 | (54,844.37) |
| | | **OHIO DEPARTMENT OF DEVELOPMENT Total** | | **(164,652.99)** |
| | | | | |
| 80123 | 9/27/2013 | OXFORD GLOBAL RESOURCES, INC | 105 | (10,461.50) |
| 80204 | 11/5/2013 | OXFORD GLOBAL RESOURCES, INC | 105 | (1,710.00) |
| 80296 | 11/27/2013 | OXFORD GLOBAL RESOURCES, INC | 105 | (1,710.00) |
| | | **OXFORD GLOBAL RESOURCES, INC Total** | | **(13,881.50)** |
| | | | | |
| 80096 | 9/26/2013 | PEGASI SYSTEMS INTERNATIONAL | 105 | (5,384.80) |
| 80124 | 9/27/2013 | PEGASI SYSTEMS INTERNATIONAL | 105 | (5,384.80) |
| 80162 | 10/25/2013 | PEGASI SYSTEMS INTERNATIONAL | 105 | (5,384.80) |
| 80209 | 11/5/2013 | PEGASI SYSTEMS INTERNATIONAL | 105 | (5,384.80) |
| 80301 | 11/27/2013 | PEGASI SYSTEMS INTERNATIONAL | 105 | (5,384.80) |
| | | **PEGASI SYSTEMS INTERNATIONAL Total** | | **(26,924.00)** |
| | | | | |
| 80126 | 9/27/2013 | PINPOINT DYNAMICS, LLC | 105 | (4,335.00) |
| M2531 | 11/15/2013 | PINPOINT DYNAMICS, LLC | 105 | (5,907.50) |

| | | | | |
|---|---|---|---|---|
| 80304 | 11/27/2013 | PINPOINT DYNAMICS, LLC | 105 | (9,222.50) |
| | | **PINPOINT DYNAMICS, LLC Total** | | **(19,465.00)** |
| | | | | |
| 80128 | 9/27/2013 | ROTATING PRECISION MECHANISMS | 105 | (73,756.64) |
| | | **ROTATING PRECISION MECHANISMS Total** | | **(73,756.64)** |
| | | | | |
| M2506 | 9/27/2013 | ROYAL BANK AMERICA LEASING | 105 | (16,608.28) |
| M2527 | 11/1/2013 | ROYAL BANK AMERICA LEASING | 105 | (1,859.34) |
| | | **ROYAL BANK AMERICA LEASING Total** | | **(18,467.62)** |
| | | | | |
| 80312 | 11/27/2013 | SNYDER & COMPANY | 105 | (7,190.00) |
| M2538 | 12/4/2013 | SNYDER & COMPANY | 105 | (4,690.00) |
| MA1330 | 12/10/2013 | SNYDER & COMPANY | 105 | (1,200.00) |
| | | **SNYDER & COMPANY Total** | | **(13,080.00)** |
| | | | | |
| M2510 | 9/18/2013 | STAPLES BUSINESS ADVANTAGE | 105 | (880.02) |
| M2518 | 10/4/2013 | STAPLES BUSINESS ADVANTAGE | 105 | (2,233.42) |
| 80215 | 11/5/2013 | STAPLES BUSINESS ADVANTAGE | 105 | (1,596.00) |
| 80311 | 11/27/2013 | STAPLES BUSINESS ADVANTAGE | 105 | (2,224.16) |
| | | **STAPLES BUSINESS ADVANTAGE Total** | | **(6,933.60)** |
| | | | | |
| MA1233 | 10/4/2013 | STEVE WHITFIELD | 105 | (964.07) |
| MA1261 | 10/28/2013 | STEVE WHITFIELD | 105 | (1,974.32) |
| MA1317 | 12/5/2013 | STEVE WHITFIELD | 105 | (1,163.45) |
| MA1324 | 12/9/2013 | STEVE WHITFIELD | 105 | (5,163.57) |
| | | **STEVE WHITFIELD Total** | | **(9,265.41)** |
| | | | | |
| MA1192 | 9/11/2013 | TIMOTHY G BOLWERK | 105 | (1,457.09) |
| MA1199 | 9/20/2013 | TIMOTHY G BOLWERK | 105 | (1,655.63) |
| MA1226 | 10/4/2013 | TIMOTHY G BOLWERK | 105 | (1,563.08) |
| MA1239 | 10/14/2013 | TIMOTHY G BOLWERK | 105 | (1,173.50) |
| MA1241 | 10/15/2013 | TIMOTHY G BOLWERK | 105 | (1,496.41) |
| MA1251 | 10/24/2013 | TIMOTHY G BOLWERK | 105 | (22.22) |
| MA1325 | 12/9/2013 | TIMOTHY G BOLWERK | 105 | (4,452.18) |
| | | **TIMOTHY G BOLWERK Total** | | **(11,820.11)** |
| | | | | |
| MA1244 | 9/19/2013 | UNITED HEALTH CARE | 105 | (80,899.12) |
| MA1294 | 10/24/2013 | UNITED HEALTH CARE | 105 | (75,187.86) |
| | 11/27/2013 | UNITED HEALTH CARE | 105 | (74,910.52) |
| | | **UNITED HEALTH CARE Total** | | **(230,997.50)** |
| | | | | |
| 80133 | 9/27/2013 | VERIZON WIRELESS | 105 | (2,613.70) |
| MOLO15 | 10/16/2013 | VERIZON WIRELESS | 105 | (279.24) |
| 80321 | 11/27/2013 | VERIZON WIRELESS | 105 | (3,728.40) |
| | | **VERIZON WIRELESS Total** | | **(6,621.34)** |
| | | | | - |
| 9/26/2013 | | VORYS SATER SEYMOUR & PEASE LP | 105 | (59,984.86) |
| | | **VORYS SATER SEYMOUR & PEASE LP Total** | | **(59,984.86)** |
| | | | | |
| MA1267 | 9/26/2013 | WACHOVIA BANK/ BRIT-HALLMARK | 105 | (9,156.75) |

| | | | | |
|---|---|---|---|---:|
| MA1310 | 10/28/2013 | WACHOVIA BANK/ BRIT-HALLMARK | 105 | (9,156.75) |
| | 12/4/2013 | WACHOVIA BANK/ BRIT-HALLMARK | 105 | (9,156.75) |
| | | **WACHOVIA BANK/ BRIT-HALLMARK Total** | | **(27,470.25)** |
| MA1193 | | | | |
| MA1194 | 9/13/2013 | WHITNEY NATIONAL BANK | 105 | (0.53) |
| MA1195 | 9/18/2013 | WHITNEY NATIONAL BANK | 105 | (1,025.21) |
| MA1221 | 9/18/2013 | WHITNEY NATIONAL BANK | 105 | (511.14) |
| MA1222 | 10/3/2013 | WHITNEY NATIONAL BANK | 105 | (2,082.09) |
| MA1237 | 10/3/2013 | WHITNEY NATIONAL BANK | 105 | (538.35) |
| MA1284 | 10/14/2013 | WHITNEY NATIONAL BANK | 105 | (3,108.70) |
| MA1307 | 11/11/2013 | WHITNEY NATIONAL BANK | 105 | (501.64) |
| MA1312 | 12/2/2013 | WHITNEY NATIONAL BANK | 105 | (2,026.65) |
| | 12/2/2013 | WHITNEY NATIONAL BANK | 105 | (414.00) |
| MA1247 | 9/25/2013 | WHITNEY NATIONAL BANK | 105 | (51,000.00) |
| MA1288 | 10/24/2013 | WHITNEY NATIONAL BANK | 105 | (51,000.00) |
| MA1289 | 11/15/2013 | WHITNEY NATIONAL BANK | 105 | (18,055.65) |
| MA1291 | 11/15/2013 | WHITNEY NATIONAL BANK | 105 | (185.00) |
| MA1332 | 11/18/2013 | WHITNEY NATIONAL BANK | 105 | (51,000.00) |
| | 12/10/2013 | WHITNEY NATIONAL BANK | 105 | (50,000.00) |
| | | **WHITNEY NATIONAL BANK Total** | | **(231,448.96)** |
| 80099 | | | | |
| M2528 | 9/26/2013 | WOMBLE CARLYLE SANDRIDGE | 105 | (98,908.94) |
| | 11/5/2013 | WOMBLE CARLYLE SANDRIDGE | 105 | (25,000.00) |
| | | **WOMBLE CARLYLE SANDRIDGE Total** | | **(123,908.94)** |
| 80079 | | | | |
| MOLO13 | 9/19/2013 | XO COMMUNICATIONS | 105 | (4,504.34) |
| 80323 | 9/30/2013 | XO COMMUNICATIONS | 105 | (9,372.48) |
| | 11/27/2013 | XO COMMUNICATIONS | 105 | (4,557.99) |
| | | **XO COMMUNICATIONS Total** | | **(18,434.81)** |

SOFA Schedule 23

| NAME | | AMOUNT | DATE | | |
|---|---|---|---|---|---|
| **NATHAN KNUTSON** | $ | 443.45 | 03.22.13 | | |
| **Officer** | $ | 17.00 | 08.30.13 | | |
| | $ | 214.70 | 08.30.13 | | |
| TOTAL | **$** | **675.15** | | OUTSTANDING | $ - |
| | | | | | |
| **KEVIN COLLIS** | $ | 319.72 | 03.30.13 | | |
| **Officer** | $ | 75.68 | 05.09.13 | | |
| | $ | 185.36 | 07.01.13 | | |
| | $ | 59.00 | 07.03.13 | | |
| | $ | 453.59 | 08.09.13 | | |
| | $ | 1,952.66 | 11.04.13 | | |
| | $ | 119.00 | 12.19.13 | | |
| | $ | 25.00 | 12.23.13 | | |
| TOTAL | **$** | **3,190.01** | | OUTSTANDING | $ 144.00 |
| | | | | | |
| **JERRY JOST** | $ | 77.10 | 01.14.13 | | |
| **Officer/Director/** | $ | 1,067.97 | 01.15.13 | | |
| **Shareholder** | $ | 912.48 | 01.21.13 | | |
| | $ | 1,284.34 | 01.21.13 | | |
| | $ | 1,776.32 | 01.21.13 | | |
| | $ | 7,388.97 | 01.21.13 | | |
| | $ | 3,263.08 | 01.21.13 | | |
| | $ | 73.33 | 01.21.13 | | |
| | $ | 608.59 | 01.28.13 | | |
| | $ | 1,024.50 | 01.30.13 | | |
| | $ | 314.55 | 01.30.13 | | |
| | $ | 680.94 | 01.31.13 | | |
| | $ | 984.64 | 02.01.13 | | |
| | $ | 1,244.91 | 02.05.13 | | |
| | $ | 3,481.08 | 02.12.13 | | |
| | $ | 1,012.57 | 02.19.13 | | |
| | $ | 2,897.57 | 02.24.13 | | |
| | $ | 16,000.00 | 03.12.13 | | |
| | $ | 1,458.44 | 04.20.13 | | |
| | $ | 1,732.15 | 04.27.13 | | |
| | $ | 1,677.57 | 05.03.13 | | |
| | $ | 1,637.68 | 05.10.13 | | |
| | $ | 885.02 | 05.13.13 | | |
| | $ | 2,157.97 | 05.13.13 | | |
| | $ | 3,674.92 | 05.13.13 | | |
| | $ | 1,677.98 | 05.13.13 | | |
| | $ | 1,883.21 | 05.13.13 | | |
| | $ | 1,787.16 | 05.13.13 | | |
| | $ | 2,052.89 | 05.13.13 | | |
| | $ | 1,727.44 | 05.17.13 | | |
| | $ | 2,047.54 | 05.23.13 | | |

| | | |
|---|---|---|
| $ | 1,377.75 | 06.13.13 |
| $ | 3,139.69 | 06.15.13 |
| $ | 3,239.00 | 06.21.13 |
| $ | 2,492.57 | 06.30.13 |
| $ | 2,670.01 | 07.03.13 |
| $ | 2,705.50 | 07.13.13 |
| $ | 2,481.81 | 07.20.13 |
| $ | 326.40 | 07.26.13 |
| $ | 1,744.40 | 07.27.13 |
| $ | 1,927.20 | 08.03.13 |
| $ | 2,487.38 | 08.10.13 |
| $ | 1,434.91 | 08.16.13 |
| $ | 2,002.10 | 08.23.13 |
| $ | 1,351.34 | 08.30.13 |
| $ | 744.08 | 09.07.13 |
| $ | 2,118.21 | 09.14.13 |
| $ | 1,851.74 | 09.21.13 |
| $ | 2,135.88 | 09.28.13 |
| $ | 1,964.34 | 10.05.13 |
| $ | 1,307.69 | 10.12.13 |
| $ | 1,229.80 | 10.18.13 |
| $ | 797.14 | 10.26.13 |
| $ | 114.90 | 10.29.13 |
| $ | 878.86 | 11.02.13 |
| $ | (16,000.00) | 11.07.13 |
| $ | 525.94 | 11.09.13 |

TOTAL    **$    95,541.55**                    OUTSTANDING    $    1,516.76

# United States Bankruptcy Court
## Southern District of Ohio

In re   **STAR Dynamics Corporation** _____    Case No.   **2:13-bk-59657**
                                                    Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly** |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **Unknown** |

2.   The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]  **See AKSN retention application [Doc. No. 21].**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 14, 2014** _____        **/s/ Richard K. Stovall** _____
                                                              **Richard K. Stovall 0029978**
                                                              **Allen Kuehnle Stovall & Neuman LLP**
                                                              **17 South High Street**
                                                              **Suite 1220**
                                                              **Columbus, OH 43215**
                                                              **(614) 221-8500   Fax: (614) 221-5988**

---